IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS, | § | |
| THE UNIVERSITY OF TEXAS SYSTEM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:11-cv-00125 |
| | § | |
| TOWER CAR WASH, INC., D/B/A | § | |
| TOWER EXPRESS CAR WASH, et al. | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION

Pursuant to this Court's June 22, 2012 Order (Docket Entry No. 47), the parties submit the following Joint Stipulation regarding the evidence to be considered by this Court in determining remedies in this action.  The parties agree that the following evidence should be considered by this Court:

## A.   EVIDENCE PROFFERED BY PLAINTIFF

**1.** This Court's finding that the following is "undisputed summary-judgment proof:"

(1) The University tower has served a commanding position in Austin and throughout the state of Texas since 1937; (2) the University has used the tower marks in commerce since at least as early as 1971; (3) the University operates one of the most extensive and successful collegiate trademark licensing programs in the world; (4) use of the tower marks is controlled by extensive graphic identity standards and various license agreements; (5) the tower marks have been licensed and used in connection with numerous products and services; (6) the University licenses its marks to an array of service-oriented businesses, such as "Longhorns Energy"; (7) the University has ranked as the top-selling collegiate institution in the nation for the past six years, collecting over $10 million in royalties in 2011.

*See* Order Granting Motion for Summary Judgment, Docket Entry No. 43 ("MSJ Order") at 12;

*see also* Plaintiff's Motion for Summary Judgment, Docket Entry No. 36 ("Plaintiff's MSJ"),

App. A ¶¶ 3-12, Exs. 1-9, App. B, Ex. 3 (Supplemental Interrogatory Answer No. 19), and App. C.

    **2.**    This Court's finding that: (a) Defendant Robert E. Tesch ("Tesch") "included a 60-foot replica of the University of Texas tower" at Defendant Tower Car Wash, Inc. d/b/a Tower Express Car Wash ("Tower Car Wash"); (b) the UT Tower Replica is "virtually identical in appearance to the actual tower on the University's Austin campus"; and (c) Tower Car Wash "features an abstract of the University tower in the color orange as the 'T' in the Tower Express Car Wash logo." *See* MSJ Order at 2.

    **3.**    This Court's finding that the "undisputed summary-judgment proof [also] reflects" the following:

> [T]he Car Wash <u>deliberately</u> copied the University's tower, the tower marks, and the University's color scheme. The undisputed facts are that the Car Wash copied the University's tower marks and color scheme to pay homage to the University and to <u>take advantage</u> of the goodwill developed by the University. . . .
>
> Further, Tesch informed third parties that the University had authorized the Car Wash to build the tower replica, to use the tower marks, and to hand out orange Tower Car Wash business cards with the 2010 University football schedule on the back of the cards. . . . Based on the undisputed summary-judgment proof, the court finds that the Car Wash adopted its marks with the <u>intent</u> of deriving a benefit from the University's goodwill.
>
> . . .
>
> . . . [I]t is undisputed that the Car Wash's <u>intent</u> was to benefit from the University's efforts and there exists proof of <u>actual confusion</u> as to the connection or affiliation of the University with the Car Wash.
>
> . . .
>
> The University's tower marks are distinctive marks. It is undisputed that the Car Wash was developed to <u>take advantage</u> of the University's brand and goodwill developed over years in the tower marks. . . . Although the court is of the opinion that the <u>University is likely entitled to the requested relief</u>, the court will withhold a ruling on the appropriate remedy at this time.

*See* MSJ Order at 13-14, 18 (emphases added).

    **4.**    This Court's finding that "the Car Wash's modification to the tower replica's cupola is insufficient to dispel the likelihood of confusion in the marketplace."  In particular:

> The main portion of the tower replica has not been altered, and indeed the vast majority of the replica remains identical to the University tower, including its window scheme and exterior color.  Additionally, Tesch acknowledges that the Car Wash retains the ability to bathe the tower replica in orange lighting . . . .  Further, Tesch stated that the original cupola, which is in storage, might be reinstalled at some time in the future.  Tesch also has no plans to alter the Car Wash logo, which continues to prominently display an orange depiction of the University tower as the "T" in the word "Tower".

*See* MSJ Order at 15.

    **5.**    Plaintiff's expert report finding UT's monetary remedies to be $527,644.55 (via Defendant's profits) and $42,211.56 (via total reasonable royalties) through December 31, 2011.  Further, the expert report's finding that Defendants "would be obligated to pay a minimum annual royalty of at least $50,000 per year for each 12-month period ending November 30."  *See* Plaintiff's MSJ, App. D at 9-10.

    **6.**    Plaintiff's updated expert report finding UT's monetary remedies to be $68,285.59 (via an 8% reasonable royalty rate) with guaranteed minimum annual royalties of $50,000 per year.  Further, the expert's finding that an alternative reasonable royalty—a corporate sponsorship rather than a license agreement—would amount to between $50,000 and $1,000,000 per year.  *See* Declaration of Christopher A. Martinez, attached hereto as Exhibit 1; *see also* Plaintiff's MSJ, App. D at 9-10.

    **7.**    Documents <u>not</u> produced by Defendants during discovery in this case showing that, in a loan application dated October 22, 2009, Tesch described the Tower Car Wash project as follows:

> The car wash building will be brick with a metal Spanish tile roof.  Attached to
> the tunnel building will be a tower – replica of the University of Texas tower.
> The tower will include a small office and will also provide ample storage space.
> The "tower" was developed to add aesthetics and marketing appeal.  The tower
> will be lit up with college colors during times of sporting and other significant
> events (not just UT event).

*See* Tower Car Wash Loan Application Excerpts, attached hereto as Exhibit 2.  Tesch's above

description of the Tower Car Wash, submitted in order to obtain a bank loan for the car wash,

included a sworn statement that his net worth was $10,329,264.  *See id.*

8.      Documents produced by Defendants during discovery in this case showing that

Tesch, Defendant Tesch & Associates, Inc. ("Tesch & Associates"), and Tower Car Wash

entered into two contracts calling for the design and construction of a "60-foot high tower in

similar design and detail as the UT Tower."  *See* Plaintiff's MSJ, App. B, Ex. 12 (Deposition

Exs. 67-68).

9.      Defendants' admission that there is a "similarity between" the UT Tower Replica

and UT Tower.  *See* Plaintiff's MSJ, App. B, Ex. 3 (Supplemental Interrogatory Answer No. 16).

10.     A document produced by Defendants during discovery in this case showing that

Defendants received at least one work proposal mistakenly identifying the Tower Car Wash job

location as "UT Tower Car Wash."  *See* Plaintiff's MSJ, App. B, Ex. 12 (Deposition Ex. 19).

11.     Tesch's deposition testimony, *see* Plaintiff's MSJ, App. B, Ex. 10, as to the

following:

- Tesch attended The University of Texas (11:7-8);
- Tesch knew the University's guidelines for lighting the UT Tower (77:1-18);
- Tesch has owned season tickets to UT football games for 20 years (17:6-16);
- Tesch visited the cupola of the UT Tower as a student in the 1960s (76:6-15);
- Tesch sought to "pay homage to the University" by way of the UT Tower Replica,
  which causes people "to think about UT" and makes them feel "good" (20:9-23, 22:1-
  5, 24:24-25, 73:2-9, 173:18-25);

- At least one person approached Tesch and asked if Defendants had obtained permission from the University to operate Tower Car Wash (88:16-89:1, 89:22-90:2);
- Tesch handed out orange Tower Car Wash business cards with the 2010 UT football schedule on the back of the cards (132:1-13, Deposition Ex. 37);
- The Tower Car Wash Logo is "similar to the University's [UT Tower Marks]" (119:4-7);
- The color on the Tower Car Wash Logo, Tower Car Wash website, and Tower Car Wash signage is "a close resemblance to UT's orange" (59:13-19, 61:13-16, 86:13-21);
- A "significant number of people who come to [Tower Car Wash] also buy[] services from the University" (168:16-23);
- Defendants' retain the ability to bathe the UT Tower Replica in orange lighting and might reinstall the UT Tower Replica cupola at some point in the future (53:5-25, 74:2-4, 75:9-19, 80:20-81:24); and
- Defendants have no plans to alter the Tower Car Wash Logo, which continues to display an orange depiction of the UT Tower as the "T" in "Tower." (52:18-23).

12.    Tesch's deposition testimony, as well as deposition exhibits, showing that a number of Tesch companies have in the past been foreclosed or filed for bankruptcy.  *See* Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Leave to File First Amended Complaint, Docket Entry No. 17 ("Plaintiff's Reply"), Ex. A ¶ 4, Ex. 2.

13.    Trent Clark's (Tower Car Wash architect) deposition testimony that Tesch requested "a tower on my building that looks like the UT Tower."  *See* Plaintiff's MSJ, App. B, Ex. 14 (Clark 43:21-23, 49:21-50:11, 61:12-15, 66:13-20).

14.    Shawna Sieck's (Tower Car Wash lighting consultant) deposition testimony, *see* Plaintiff's MSJ, App. B, Ex. 17, as to the following:

- Tesch planned to build a replica "[o]f the UT Tower" (36:25-37:20, 43:20-44:3);
- Tesch's explanation that "he was going to do a car wash and then have the UT Tower on it so you can see the top of it from [183A]" (36:25-37:20);
- Sieck's conversation with Tesch about "being able to turn [the UT Tower Replica] orange after a game" (38:13-19, 45:10-13);
- Tesch's comments that he intended the skin and windows of the UT Tower Replica to resemble those of the UT Tower (50:9-51:15);
- Tesch's statement that he had obtained "approval" from UT to build the UT Tower Replica and operate the Tower Car Wash (51:9-15, 23-25);

5

- Sieck's belief that UT had approved (or licensed) Defendants' use of the UT Tower Marks (84:4-16, 87:12-20, 110:17-20);
- Sieck's professional opinion that consumers would believe that Tower Car Wash is affiliated with or licensed by UT (107:11-108:6, 109:19-22, 110:21-111:8); and
- Sieck's professional opinion that consumers would continue, despite Defendants' modifications to the UT Tower Replica, to believe that the Tower Car Wash is affiliated with, or sponsored by, UT (89:4-11).

**15.** Felipe Cruz's (Tower Car Wash Logo designer) deposition testimony, *see* Plaintiff's MSJ, App. B, Ex. 16, as to the following:

- The "T" in the Tower Car Wash Logo is the UT Tower (51:14-52:14);
- Cruz designed the Tower Car Wash Logo under the assumption that Tower Car Wash was associated with the University (47:7-25);
- Cruz's professional opinion that consumers would believe that Tower Car Wash is affiliated with or licensed by UT (47:7-25, 51:14-52:14, 68:12-69:20); and
- Cruz's professional opinion that consumers would continue, despite Defendants' modifications to the UT Tower Replica, to believe that the Tower Car Wash is affiliated with, or sponsored by, UT (55:11-16, 68:12-69:20).

Based on the above-proffered evidence, and the arguments and authorities presented in Plaintiff's MSJ briefing and at the June 22, 2012 hearing on remedies in this case, Plaintiff asks that this Court enter a final judgment in accordance with the Proposed Order attached to Plaintiff's MSJ, including that Defendants pay over their profits and a reasonable royalty as detailed in paragraphs 5-6 above and that Defendants be jointly and severally liable for such damages.

**B.    EVIDENCE PROFFERED BY DEFENDANTS**

**1.** Defendants' total sales and net profits from its opening up until May 31, 2012, as well as the Declaration of Theresa Keane, attached hereto as Exhibit 3.  Defendants believe that the documents show that Tower Car Wash, Inc. has yet to turn a profit and has in fact lost $228,838.28.

**2.** Tesch's deposition testimony, *see* Exhibit 4 attached hereto, as to the following:

6

- Regarding the question "What is wrong with them?  They look pretty much like the faces on the UT Tower," Tesch's testimony that "[t]hat may have been part of my – part of my reason.  I didn't want it to look like the UT Tower clock face" (47:2-11, Deposition Ex. 9);
- Tesch's belief that the Tower Car Wash Logo does not use UT's shade of orange, and testimony that he instructed others not to violate any trademarks (55:18-25, 56:18-25);
- Defendants' inclusion of disclaimers after receiving the University's demand letter (62:4-14);
- Tesch's decision not to light the Car Wash Tower in orange (74:19-75:4);
- Tesch's referral of inquiries as to whether Defendants had received permission from the University to build Tower Car Wash to Defendants' architect, and Tesch's testimony that the architect had instructions not to violate trademarks (90:3-12);
- Defendants are engaged in a lawsuit with Westport Group, general contractor of Tower Car Wash (97:15-19); and
- Defendants refused UT's requests to delay opening Tower Car Wash because they "couldn't justify delaying it due to the cost of delaying it" (100:1-13).

**3.**      Scott Johnston's (Tower Car Wash general contractor Westport Group) deposition testimony that Mr. Tesch responded to the statement that the Car Wash Tower "looks like the Tower downtown" as follows: "it's a different tower."  *See* Exhibit 5 attached hereto (51:17-52:6).  As indicated above, Mr. Johnston is involved in a lawsuit with Defendants.

**4.**      The fact that Felipe Cruz's deposition testimony does not state that he ever inquired or was told that the Car Wash Tower was authorized by Plaintiff and his belief that Defendants had obtained the University's permission to use the UT Tower was based on his personal assumption.  *See* Plaintiff's MSJ, App. B, Ex. 16 (52:1-14).

**5.**      The fact that Shawna Sieck is the only witness to testify that Mr. Tesch claimed approval from Plaintiff to build the Car Wash Tower and her deposition testimony that she "had done the lighting before on the UT Tower in 1996."  Defendants believe that this shows a professional relationship between her and Plaintiff that predated her relationship with Defendant.  *See* Plaintiff's MSJ, App. B, Ex. 17 (37:1-20).

6.      The fact that Defendants modified the Car Wash Tower approximately four months after opening, as illustrated in Exhibit 6.

7.      Defendants' proposed modification to the Car Wash Tower, attached hereto as Exhibit 7.[1]

8.      The University's "Office of Trademark Licensing: Trademark Policy" on its website at http://www.utexas.edu/trademarks/policy.html which states that "The following will not be licensed" … "Services--except in accordance with the special requirements of the Office of General Counsel applicable to services."

9.      The fact that after receiving Plaintiff's cease-and-desist letter, Defendants did seek and were denied a license to use the UT Tower.  *See* Craig Westemeier's deposition testimony, attached hereto as Exhibit 8, at 23-24.

10.     Third-party uses of the UT Tower, *see* Defendants' Response to Plaintiff's Motion for Summary Judgment, Docket Entry No. 40 ("Defendants' Response"), Ex. E, in and around Austin, TX, which Defendants believe shows that they had a good-faith belief that they could copy the UT Tower.

Based on the above evidence, Defendants ask the court issue an injunction in accordance with the proposed order attached as Exhibit 9, and deny Plaintiff's request for profits, and a royalty.

---

[1]  Plaintiff does not object to the Court considering Defendants' proposed modification to the UT Tower Replica, but does not believe it is sufficient to stay a "safe distance" from the UT Tower Marks.

Dated: July 9, 2012

William G. Barber
State Bar No. 01713050
Stephen P. Meleen
State Bar No. 00795776
Jered E. Matthysse
State Bar No. 24072226
Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322.5200
(512) 322.5201 (fax)

ATTORNEYS FOR PLAINTIFF

Respectfully submitted,

Joshua G. Jones
State Bar No. 24065517
The Law Office of Joshua G. Jones
401 Congress Avenue, Suite 1540
Austin, Texas 78701
(512) 687.6221

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2012, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joshua G. Jones
The Law Office of Joshua G. Jones
401 Congress Avenue, Suite 1540
Austin, TX78701

Jered E. Matthysse

EXHIBIT  1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS, | § | |
| THE UNIVERSITY OF TEXAS SYSTEM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:11-cv-00125 |
| | § | |
| TOWER CAR WASH, INC. D/B/A | § | |
| TOWER EXPRESS CAR WASH, ROBERT | § | |
| E. TESCH, and TESCH & ASSOCIATES, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF CHRISTOPHER A. MARTINEZ

I, Christopher A. Martinez, declare as follows:

1.      I make this declaration based on my own personal knowledge and could and would competently testify as to the matters set forth below if called upon to do so.

2.      I was engaged by Plaintiff's counsel Pirkey Barber LLP to evaluate the damages suffered by Plaintiff related to the alleged infringement by Defendants' use of certain trademarks related to the image of the iconic 307-foot tower (the "UT Tower"), which is located at the University of Texas at Austin.

3.      My expert report, submitted on November 19, 2011 and updated on February 23, 2012, provides the bases for my calculations of Defendants' profits and reasonably royalties.  Since that time, I have reviewed updated sales figures from Defendants for the period of December 1, 2010 through June 25, 2012 and calculated Defendants' net sales to be $853,569.85 and reasonable royalties to be $68,285.59, with guaranteed minimum annual royalties of $50,000 per year for each 12-month period ending November 30.

1

4.     The reasonable royalty noted above—an 8% rate—and the guaranteed minimum annual royalties of $50,000 are not based on any rule of thumb, but are instead based on previous and similar licenses entered into by Plaintiff.  For example, the Collegiate Licensing Company notes that Plaintiff's standard royalty rate is 10%.  Further, Plaintiff's license agreement with $H_2$Orange, LLC (for UT Tower water bottles) included an identical royalty rate of 8%, as well as guaranteed minimum annual royalties of $250,000 for each of the first two years (and $500,000 per year thereafter).  Corporate sponsorship programs are also available for affiliation with UT, including the use of certain trademarks, and range from $50,000 to $1,000,000 per year.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California, this 3rd of July 2012.

_____
Christopher A. Martinez

EXHIBIT  2

# EXHIBIT 1

## HISTORY AND DESCRIPTION OF BUSINESS
## ANALYSIS OF MANAGEMENT ABILITY

The proposed Tower Car Wash will be an express exterior conveyor was with a 115 foot building tunnel with a 145 foot conveyor (part of which is outside of the tunnel. The car wash will have two greeter/menu boards/pay station lanes that will flow into the wash tunnel. There will be 18 vacuum stations. As discussed above use of the vacuums is free – part of the wash purchase. The equipment will allow for up to five cars in the tunnel at a time and will have the capacity to wash up to 150 cars per hour. The actual car wash time will be approximately 3 minuets. The site property also has space for a port cachet that may be used for detailing and additional non- automated services.

The car wash building will be brick with a metal Spanish tile roof. Attached to the tunnel building will be a tower – replica of the University of Texas tower. The tower will include a small office and will also provide ample storage space. The "tower" was developed to add aesthetics and marketing appeal. The tower will be lit up with college colors during times of sporting and other significant events (not just UT event). The business will have a frequent washer program, as well as other promotional programs some of which will be related to sporting and Cedar Park specific community events.

The Tower Car Wash will be located on a prime site on Whitestone Boulevard (FM 1431) very near to the intersection of Highway 183A. Toll road Highway 183A opened in 2006; and thus, has spurred the area development. The applicant site is directly across the street from the 1890 Ranch shopping center which opened in 2007. The 960,000 square foot "big box" power retail center is anchored with a Super Target, Academy and Pets Mart. Other retail in the center includes Hobby Lobby, Office Max, Beals as well as a Cinemark Cinema. In addition, the new Cedar Park Regional Medical Center and Professional Building (opened 2008) are located just behind the 1890 Ranch retail center. Area subdivisions include: The Oaks, Silver Ranch, Creekview, Willow Oak, Live Oak, White Oak, Lynn Wood, etc. Home construction in the area began in 2005 and still has construction in progress.

The City of Cedar Park is a bedroom community located northwest of Austin. Williamson County is one of the fastest growing counties in the nation with Cedar Park being integral to the growth. The applicant site is in the middle of the most rapidly growing part of Williamson County. The site traffic count is 34,868 cars per day. The 2008 and 2013 population for a 3-mile radius of the site is estimated at 55,106 and 72,514, respectively. The number of household for 2008 and 2013 are estimated at 18,039 and 23,580 with 2008 average and medium houschold income estimated at $77,238 and $69,258. Considering the upscale nature of the area, the significant new retail, the newly opened hospital, the significant new upscale housing developments and the high traffic flow, the site appears good for the proposed tunnel car wash.

Bob Tesch has been in the real estate industry since 1971. For the past twenty-five years, he has owned and operated Tesch & Associates, Inc. Mr. Tesch is a civic and industry leader in Central Texas. In 2003, Governor Perry commissioned him Presiding Officer of Texas' first Regional Mobility Authority. In 2007, Governor Perry re-appointed Mr. Tesch to the Mobility Authority's board where he is serving his sixth year as the Authority's Chairman. Sandra Tesch has minimal involvement in the family businesses. Mr. Tesch has already attended the car wash college program offered by the equipment manufacture. The program is a tuition based one week classroom program held at the manufacturer's facility. It includes a section on management, maintenance and repair.

| | |
|---|---|
| Signature    Robert E. Tesch | 10-22-09 |
| | Date |



OMB Approval No. 3245-0188
EXPIRATION DATE: 02/31/2011

# PERSONAL FINANCIAL STATEMENT

U.S SMALL BUSINESS ADMINISTRATION

As of **July 31**       , **2009**

Complete this form for: (1) each proprietor, or (2) each limited partner who owns 20% or more interest and each general partner, or (3) each stockholder owning 20% or more of voting stock, or (4) any other person or entity providing a guaranty on the loan.

| | |
|---|---|
| Name        Robert E. Tesch | Business Phone    (512) 259-5880 |
|              Sandra L. Tesch | |
| Residence Address    18175 Ronald Reagan Blvd. | Residence Phone   (512) 970-0530 |

City, State, & Zip Code    Leander, TX 78628

Business Name of Applicant/Borrower    Tower Car Wash, Inc.

| ASSETS | (Omit Cents) | LIABILITIES | (Omit Cents) |
|---|---|---|---|
| Cash on hand & in Banks . . . . . . . .  $ | 400,819 | Accounts Payable . . . . . . . . . . . . .  $ | |
| Savings Accounts . . . . . . . . . . . . .  $ | | Notes Payable to Banks and Others. . . . . $ | |
| IRA or Other Retirement Account . . . . . $ | | (Describe in Section 2) | |
| Accounts & Notes Receivable. . . . . . . $ | | Installment Account (Auto) . . . . . . . . .  $ | |
| Life Insurance-Cash Surrender Value Only   $ | | Mo. Payments  $ | |
| (Complete Section 8) | | Installment Account (other). . . . . . . . .  $ | |
| Stocks and Bonds . . . . . . . . . . . . .  $ | | Mo. Payments  $ | |
| (Describe in Section 3) | | Loans on Life Insurance . . . . . . . . . . $ | |
| Real Estate . . . . . . . . . . . . . . . .  $ | 5,786,456 | Mortgages on Real Estate . . . . . . . . . $ | 1,935,635 |
| (Describe in Section 4) | | (Describe in Section 4) | |
| Automobile-Present Value . . . . . . . . . $ | | Unpaid Taxes . . . . . . . . . . . . . . . $ | |
| Other Personal Property . . . . . . . . . . $ | | (Describe in Section 6) | |
| (Describe in Section 5) | | Other Liabilities . . . . . . . . . . . . . . $ | |
| Other Assets . . . . . . . . . . . .  $ | 6,077,624 | (Describe in Section 7) | |
| (Describe in Section 5) | | Total Liabilities . . . . . . . . . . . . . . $ | 1,935,635 |
| | | Net Worth . . . . . . . . . . . . . . . . .$ | 10,329,264 |
| Total   $ | 12,264,899 | Total   $ | 12,264,899 |

| Section 1. Source of Income | | Contingent Liabilities | |
|---|---|---|---|
| Salary . . . . . . . . . . . . . . . . . . . $ | | As Endorser or Co-Maker . . . . . . . . . $ | |
| Net Investment Income . . . . . . . . . . $ | | Legal Claims & Judgments . . . . . . . . . $ | |
| Real Estate Income . . . . . . . . . . . . $ | | Provision for Federal Income Tax . . . . . . $ | |
| Other Income (Describe Below)* . . . . . $ | | Other Special Debt . . . . . . . . . . . . $ | |

Description of Other Income in Section 1.

*Alimony or child support payments need not be disclosed in "Other Income" unless it is desired to have such payments counted toward total income.

Section 2.  Notes Payable to Bank and Others.   (Use attachments if necessary.  Each attachment must be identified as a part of this statement and signed).

| Name and Address of Noteholders (s) | Original Balance | Current Balance | Payment Amount | Frequency (monthly, etc.) | How Secured or Endorsed Type of Collateral |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SBA Form 413 (10-08) Previous Editions Obsolete                                                                  (tumble)

Tower 1239

**Section 3. Stocks and Bonds.** (Use attachments if necessary. Each attachment must be identified as a part of this statement and signed).

| Number of Shares | Name of Securities | Cost | Market Value Quotation/Exchange | Date of Quotation/Exchange | Total Value |
|---|---|---|---|---|---|
| | See attached schedule | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Section 4. Real Estate Owned.** (List each parcel separately. Use attachments if necessary. Each attachment must be identified as a part of this statement and signed).

| Type of Property | Property A | Property B | Property C |
|---|---|---|---|
| Address | See attachd schedule | | |
| Date Purchased | | | |
| Original Cost | | | |
| Present Market Value | | | |
| Name & Address of Mortgage Holder | | | |
| Mortgage Account Number | | | |
| Mortgage Balance | | | |
| Amount of Payment per Month/Year | | | |
| Status of Mortgage | | | |

**Section 5. Other Personal Property and Other Assets.** (Describe, and if any is pledged as security, state name and address of lien holder, amount of lien, terms of payment, and if delinquent, describe delinquency).

Notes Receivable - $1,989,596
Other Assets - $500,000
See attached schedules.

**Section 6. Unpaid Taxes.** (Describe in detail, as to type, to whom payable, when due, amount, and to what property, if any, a tax lien attaches).

**Section 7. Other Liabilities.** (Describe in detail).

**Section 8. Life Insurance Held.** (Give face amount and cash surrender value of policies - name of insurance company and beneficiaries)

I authorize SBA/Lender to make inquiries as necessary to verify the accuracy of the statements made and to determine my creditworthiness. I certify the above and the statements contained in the attachments are true and accurate as of the stated date(s). These statements are made for the purpose of either obtaining a loan or guaranteeing a loan. I understand FALSE statements may result in forfeiture of benefits and possible prosecution by the U.S. Attorney General (Reference 18 U.S.C. 1001).

| | | |
|---|---|---|
| Signature: ✓ *[signature]* | Robert E. Tesch  Date: 10-22-09 | Social Security Number: 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 |
| Signature: ✓ *[signature]* | Sandra L. Tesch  Date: 10-22-09 | Social Security Number: 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 |

PLEASE NOTE:   The estimated average burden hours for the completion of this form is 1.5 hours per response. If you have questions or comments concerning this estimate or any other aspect of this information, please contact Chief, Administrative Branch, U.S. Small Business Administration, Washington, D.C. 20416, and Clearance Office, Paper Reduction Project (3245-0188), Office of Management and Budget, Washington, D.C 20503. PLEASE DO NOT SEND FORMS TO OMB.

EXHIBIT  3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS, | § | |
| THE UNIVERSITY OF TEXAS SYSTEM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:11-cv-00125 |
| | § | |
| TOWER CAR WASH, INC., D/B/A | § | |
| TOWER EXPRESS CAR WASH et. al. | § | |
| | § | |
| Defendants. | § | |

**Declaration of**

I, Theresa Keane, declare as follows:

1. I make this declaration based on my own personal knowledge and could and would competently testify as to the matters set forth below if called upon to do so.

2. I am employed by Mr. Bob Tesch to handle the accounting of Tower Car Wash Inc.

3. A true and correct copy of Tower Car Wash Inc.'s total sales and net profits from its opening up until May 31, 2012 is included and reflected in the documents provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Austin, TX this 2nd day of July 2012.

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Wed 12/01/2010 12:00:00am
Fri 12/31/2010 11:59:59pm

| Description | Price | Quantity | Amount | Description | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| **EXPRESS SALES (Exterior Only)** | | | | TOTAL: | | 14 | 71.00 |
| | | | | **GROSS FULL SERVICE** | | 1,377 | 15,420.00 |
| **WASH SALES-** | | | | | | | |
| Tower Splash | 6.00 | 124 | 744.00 | **LESS: FULL SERVICE COUPONS-** | | | |
| Tower Shine | 9.00 | 338 | 3,042.00 | 50% Dec Shine + | -8.00 | 24 | -192.00 |
| Tower Supreme | 12.00 | 1,431 | 17,172.00 | 50% Dec Supr + | -11.00 | 116 | -1,276.00 |
| TOTAL: | | 1,893 | 20,958.00 | 50% Grnd Op Shine + | -8.00 | 90 | -720.00 |
| **Groupon Ext Washes** | | | | 50% Grnd Op Supr + | -11.00 | 637 | -7,007.00 |
| TOTAL: | | 0 | 0.00 | Detail FS Adjuster | -21.00 | 12 | -252.00 |
| | | | | Employee Detail | -7.00 | 1 | -7.00 |
| **EXPRESS EXTRAS-** | | | | Employee Supreme + | -11.00 | 2 | -22.00 |
| Rain-X | 3.00 | 18 | 54.00 | TOTAL: | | 882 | -9,476.00 |
| TOTAL: | | 18 | 54.00 | | | | |
| | | | | **NET FULL SERVICE SALES:** | | | 5,944.00 |
| **OTHER WASH SERVICES-** | | | | | | | |
| TOTAL: | | 0 | 0.00 | **NET WASH SALES:** | | | 23,162.00 |
| **GROSS EXPRESS SALES-** | | | 21,012.00 | | | | |
| | | | | **PREPAIDS** | | | |
| **LESS: WASH COUPONS-** | | | | | | | |
| 50% Dec Splash | -3.00 | 8 | -24.00 | **VIP PLANS** | | | |
| 50% Dec Supreme | -6.00 | 38 | -228.00 | | | | |
| 50% Dec Shine | -5.00 | 7 | -35.00 | **VIP PLANS SOLD-** | | | |
| 50% Grnd Op Supreme | -6.00 | 296 | -1,776.00 | TOTAL: | | 0 | 0.00 |
| 50% Grnd Op Splash | -3.00 | 57 | -171.00 | | | | |
| 50% Grnd Op Shine | -5.00 | 67 | -335.00 | **VIP PLANS RECHARGED-** | | | |
| TOTAL: | | 473 | -2,569.00 | TOTAL: | | 0 | 0.00 |
| | | | | | | | |
| **LESS: WASH DISCOUNTS-** | | | | **VIP PLANS REDEEMED-** | | | |
| Bob's Promo Disc | -103.33 | 3 | -310.00 | TOTAL: | | | 0.00 |
| Misc. Wash Discount | -7.00 | 1 | -7.00 | | | | |
| Ppd Splash Disc | -6.00 | 1 | -6.00 | **VIP PLANS REDEEMED-** | | | |
| Rewash-Base | -13.43 | 49 | -658.00 | TOTAL: | | | 0.00 |
| Manager's Comp Disc. | -13.06 | 18 | -235.00 | | | | |
| Ppd Shine Disc | -9.00 | 1 | -9.00 | **NET VIP PLAN SALES:** | | | 0.00 |
| TOTAL: | | 73 | -1,225.00 | | | | |
| | | | | **PREPAID CARDS** | | | |
| **NET EXPRESS SALES:** | | 2,457 | 17,218.00 | | | | |
| | | | | **PREPAID CARDS SOLD-** | | | |
| | | | | Bonus Bucks $100 | 100.00 | 19 | 1,900.00 |
| **FULL SERVICE SALES (EXTERIOR AND INTERIOR)** | | | | Bonus Bucks $25 | 25.00 | 23 | 575.00 |
| | | | | Bonus Bucks $50 | 50.00 | 16 | 800.00 |
| **FULL SERVICE WASHES-** | | | | Generic Gift Card | 13.96 | 24 | 335.00 |
| Tower Shine Plus | 8.23 | 227 | 1,868.00 | Holiday Gift Card | 20.84 | 25 | 521.00 |
| Tower Supreme Plus | 10.37 | 1,051 | 10,899.00 | 4 Splash Card | 24.00 | 1 | 24.00 |
| Hand Wax Pkg | 15.31 | 16 | 245.00 | 4 Shine Card | 36.00 | 1 | 36.00 |
| Super Clean Interior | 27.50 | 54 | 1,485.00 | Rewash Supreme | 0.00 | 4 | 0.00 |
| Tower Complete | 56.80 | 15 | 852.00 | Rewash Supreme Plus | 0.00 | 1 | 0.00 |
| TOTAL: | | 1,363 | 15,349.00 | TOTAL: | | 114 | 4,191.00 |
| | | | | | | | |
| **GROUPON FULL SERVICE WASHES-** | | | | **PREPAID CARDS REDEEMED-** | | | |
| TOTAL: | | 0 | 0.00 | Ppd Gift Card Rdmd | -15.36 | 11 | -169.00 |
| | | | | Ppd Splash Rdmd | -6.00 | 2 | -12.00 |
| **FULL SERVICE EXTRA SALES-** | | | | Rewash Supreme + Rdm | -21.00 | 1 | -21.00 |
| Interior Dressing | 4.00 | 11 | 44.00 | | | | |
| Tower Shine Upgrade | 9.00 | 3 | 27.00 | | | | |

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Wed 12/01/2010 12:00:00am
Fri 12/31/2010 11:59:59pm

| Description | Price | Quantity | Amount | Description | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| Rewash Supreme Rdmd | -12.00 | 3 | -36.00 | ========== | | | |
| TOTAL: | | | -238.00 | **OVER / SHORT (-)** | | | |
| | | | | CASH: | | | -477.00 |
| **NET PREPAID CARD SALES:** | | | 3,953.00 | XPT ACCEPTORS: | | | 0.00 |
| ========== | | | | XPT DISPENSERS: | | | 850.00 |
| **OTHER PREPAIDS SOLD** | | | | CHECK: | | | 0.00 |
| ========== | | | | TOTAL: | | | 373.00 |
| **GROUPON SOLD-** | | | | **CREDIT CARD:** | | | |
| TOTAL: | | | 0.00 | American Express | | | -2,633.00 |
| | | | | Discover | | | -560.00 |
| **GROUPON REDEEMED:** | | | | Visa / MC | | | -18,378.00 |
| TOTAL: | 0.00 | 0 | 0.00 | TOTAL: | | | -21,571.00 |
| **GROUPON PAYMENT-** | | | | **OTHER TENDERS-** | | | |
| TOTAL: | 0.00 | 0 | 0.00 | TOTAL: | | | 0.00 |
| **WEBSITE SOLD-** | | | | **XPT BALANCING:** | | | 0.00 |
| Cert Web Complete | 75.00 | 1 | 75.00 | **(Should be $0)** | | | |
| Cert Web Shine | 9.00 | 1 | 9.00 | ========== | | | |
| Cert Web Shine+ | 16.00 | 1 | 16.00 | **REPORT BALANCE:** | | | 0.00 |
| TOTAL: | | | 100.00 | **(Should be $0)** | | | |
| ========== | | | | ========== | | | |
| **NET OTHER PREPAID** | | | 100.00 | | | | |
| | | | | Cashier:_____ | | Empl #:_____ | |
| **LESS PAIDOUTS-** | | | | | | | |
| TOTAL: | | 0 | 0.00 | Reviewed By:_____ | | On:____ | |
| **FUNDRAISERS** | | | | | | | |
| ========== | | | | Total Express Count | | | 1,893 |
| **FUNDRAISERS-** | | | | Express $/Car | | | 9.10 |
| 20% Fundrsr Adj | -2.69 | 7 | -18.80 | ========== | | | |
| Cedar Park HS | 2.69 | 7 | 18.80 | Total FS Count | | | 1,363 |
| TOTAL: | | 14 | 0.00 | Exterior $/Car- | | | 4.36 |
| ========== | | | | | | | |
| **SALES TAX-** | | | | Total Car Count | | | 3,256 |
| `Tax Exempt Sale | 0.00 | 70 | 0.00 | Total $/Car | | | 8.36 |
| TOTAL: | | | 0.00 | ========== | | | |
| **TOTAL TO ACCOUNT FOR:** | | | 27,215.00 | | | | |
| ========== | | | | | | | |
| **CASH DRAWER-** | | | | | | | |
| Beginning Drawer | | 0 | 0.00 | | | | |
| Ending Drawer | | 4 | -118.00 | | | | |
| TOTAL: | | | -118.00 | | | | |
| **TOTAL XPT CASH:** | | | -5,899.00 | | | | |
| **HOUSE ACCOUNTS-** | | | | | | | |
| Employee Charge | | 0 | 0.00 | | | | |
| House Acct Charge | | 0 | 0.00 | | | | |
| House Acct Payment | | 0 | 0.00 | | | | |
| **NET CHANGE IN A/R:** | | | 0.00 | | | | |

# General Sales Report

Tower Express Car Wash
Tower Car Wash

Sat 01/01/2011 12:00:00am
Sat 12/31/2011 11:59:59pm

| Description | Price | Quantity | Amount | Description | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| **EXPRESS SALES (Exterior Only)** | | | | $2 off ZIP 78681 Ext | -2.00 | 39 | -78.00 |
| | | | | $2 off ZIP 78717 Ext | -2.00 | 19 | -38.00 |
| ==================================== | | | | $2 off ZIP 78682 Ext | -2.00 | 1 | -2.00 |
| **WASH SALES-** | | | | $2 off ZIP 12345 Ext | -2.00 | 17 | -34.00 |
| Tower Splash | 6.00 | 11,043 | 66,258.00 | $2 off ZIP 78660 Ext | -2.00 | 1 | -2.00 |
| Tower Shine | 9.00 | 6,923 | 62,307.00 | $4 Off Detail Pkgs | -4.00 | 7 | -28.00 |
| Tower Shine w/Triple | 9.00 | 22 | 198.00 | $2 Off Exp Int 88012 | -2.00 | 17 | -34.00 |
| Tower Supreme | 12.00 | 7,211 | 86,532.00 | $2 off TWT 55012 E E | -2.00 | 182 | -364.00 |
| **TOTAL:** | | **25,199** | **215,295.00** | $2 off TWT 52012 E E | -2.00 | 47 | -94.00 |
| **Groupon Ext Washes** | | | | $2 off TWT 53012 E E | -2.00 | 234 | -468.00 |
| G2 Splash Wash | 6.00 | 327 | 1,962.00 | $3 Off Full Service | -3.00 | 37 | -111.00 |
| G2 Supreme Wash | 12.00 | 222 | 2,664.00 | $5 off Hand Wax 5000 | -5.00 | 56 | -280.00 |
| Groupon TwrSupr.(12) | 12.00 | 2,538 | 30,456.00 | $2 off TWT 62012 E E | -2.00 | 25 | -50.00 |
| **TOTAL:** | | **3,087** | **35,082.00** | $2 off TWT 65012 E E | -2.00 | 50 | -100.00 |
| **EXPRESS EXTRAS-** | | | | $2 off TWT 65012 F/S | -2.00 | 40 | -80.00 |
| Rain-X | 2.19 | 1,586 | 3,478.00 | $2 Off Exp Interior | -2.00 | 53 | -106.00 |
| **TOTAL:** | | **1,586** | **3,478.00** | $2 off TWT 62012 F/S | -2.00 | 7 | -14.00 |
| | | | | $2 off TWT 65012 DET | -2.00 | 5 | -10.00 |
| **OTHER WASH SERVICES-** | | | | $2 off TWT 55012 F/S | -2.00 | 75 | -150.00 |
| **TOTAL:** | | **0** | **0.00** | $3 Off Holiday 03 | -3.00 | 1,558 | -4,674.00 |
| | | | | $5 off TSP 11 | -5.00 | 2 | -10.00 |
| **GROSS EXPRESS SALES-** | | | **253,855.00** | Free Tower Supreme | -12.00 | 8 | -96.00 |
| **LESS: WASH COUPONS-** | | | | $2 Off Exp Int 8000 | -2.00 | 8 | -16.00 |
| $2 off TWT 52012 DET | -4.64 | 33 | -153.00 | $3 Off F/S 86012 | -3.00 | 44 | -132.00 |
| $3 off E E WEB 15009 | -3.00 | 137 | -411.00 | $3 Off F/S 88012 | -3.00 | 10 | -30.00 |
| $4 off F/S WEB 15010 | -4.00 | 138 | -552.00 | $2 off Ath. Card | -2.00 | 2 | -4.00 |
| $4 off F/S V P 14010 | -4.00 | 253 | -1,012.00 | $2 off TWT 53012 DET | -2.00 | 9 | -18.00 |
| $3 off E E VP 14009 | -3.00 | 380 | -1,140.00 | $2 off TWT 55012 DET | -2.00 | 13 | -26.00 |
| $5 Off DET CI 12011 | -5.00 | 65 | -325.00 | $2 off TWT 65012 F/S | -2.00 | 122 | -244.00 |
| $9 Off TS Frost Bank | -9.00 | 29 | -261.00 | $2 off TWT 52012 F/S | -2.00 | 18 | -36.00 |
| $2 Off Exp Int 82012 | -2.00 | 104 | -208.00 | $5 off TSP 14 | -5.00 | 3 | -15.00 |
| $3 Off F/S 8000 | -3.00 | 10 | -30.00 | $2 off | -2.00 | 358 | -716.00 |
| $5 off TSP 10 | -5.00 | 43 | -215.00 | Free Tower Splash | -3.00 | 2 | -6.00 |
| $2 Off Exp Int 86012 | -2.00 | 111 | -222.00 | $5 off TSP 12 | -5.00 | 8 | -40.00 |
| $2 Off Exp Int 85012 | -2.00 | 313 | -626.00 | $5 off TSP 13 | -5.00 | 2 | -10.00 |
| $4 Off Detail 86012 | -4.00 | 11 | -44.00 | **TOTAL:** | | **5,952** | **-17,855.00** |
| $4 Off Detail 85012 | -4.00 | 25 | -100.00 | **LESS: WASH DISCOUNTS-** | | | |
| $4 Off Detail 82012 | -4.00 | 5 | -20.00 | ARM Ppd Splash Disc | -6.00 | 19 | -114.00 |
| $3 Off F/S 85012 | -3.00 | 178 | -534.00 | ARM Ppd Suprm Disc | -12.00 | 25 | -300.00 |
| $3 Off F/S 82012 | -3.00 | 40 | -120.00 | ARM Ppd Suprm+ Disc | -21.30 | 10 | -213.00 |
| $4 Off Detail 8000 | -4.00 | 2 | -8.00 | ARM Ppd Shine+ Disc | -16.00 | 19 | -304.00 |
| 50% Grnd Op Supreme | -6.00 | 1 | -6.00 | Ppd Splash Disc | -6.00 | 18 | -108.00 |
| $5 off DET WEB 15011 | -5.00 | 26 | -130.00 | Employee Splash | -3.00 | 309 | -927.00 |
| $5 Off VIP 25005 | -5.00 | 142 | -710.00 | GrouponNow 70001disc | -35.00 | 4 | -140.00 |
| $3 off E E HO 16009 | -3.00 | 290 | -870.00 | Employee Supreme | -6.00 | 197 | -1,182.00 |
| $2 off ZIP 78680 Ext | -2.00 | 1 | -2.00 | Employee Shine | -5.00 | 31 | -155.00 |
| $2 off ZIP 78664 Ext | -2.00 | 3 | -6.00 | DONATION Comp Disc. | -49.50 | 2 | -99.00 |
| $2 off ZIP 78642 Ext | -2.00 | 5 | -10.00 | Rewash-Base | -10.36 | 682 | -7,063.00 |
| $10 Off VIP 25005 | -10.00 | 51 | -510.00 | Manager's Comp Disc. | -17.12 | 193 | -3,304.58 |
| $2 off ZIP 78613 Ext | -2.00 | 148 | -296.00 | Ppd Supreme Disc | -12.00 | 9 | -108.00 |
| $2 off ZIP 78641 Ext | -2.00 | 68 | -136.00 | Ppd Shine Disc | -9.00 | 14 | -126.00 |
| $4 off F/S HO 16010 | -4.00 | 223 | -892.00 | ARM Ppd Shine Disc | -8.95 | 59 | -528.29 |
| $5 off DET HO 16011 | -5.00 | 38 | -190.00 | GrouponNow 63011disc | -35.00 | 1 | -35.00 |

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Sat 01/01/2011 12:00:00am
Sat 12/31/2011 11:59:59pm

| Description | Price | Quantity | Amount |
|---|---|---|---|
| NOW 70002disc | -12.00 | 8 | -96.00 |
| **TOTAL:** | | **1,600** | **-14,802.87** |
| **NET EXPRESS SALES:** | | **37,424** | **221,197.13** |

### FULL SERVICE SALES (EXTERIOR AND INTERIOR)

**FULL SERVICE WASHES-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| Tower Splash Plus | 14.00 | 343 | 4,802.00 |
| Tower Shine Plus | 16.59 | 6,161 | 102,200.00 |
| Tower Supreme Plus | 21.50 | 6,207 | 133,446.00 |
| Hand Wax Pkg | 36.06 | 311 | 11,215.00 |
| Super Clean Interior | 46.50 | 760 | 35,340.00 |
| Tower Complete | 76.24 | 217 | 16,545.00 |
| **TOTAL:** | | **13,999** | **303,548.00** |

**GROUPON FULL SERVICE WASHES-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| G2 Splash+ Wash | 14.00 | 150 | 2,100.00 |
| Groupon TwrShne+(16) | 4.00 | 619 | 2,476.00 |
| Groupon TwrSupr+(21) | 9.00 | 14 | 126.00 |
| G2 Supreme+ Wash | 24.00 | 132 | 3,168.00 |
| Groupon TwrCmplt(85) | 63.00 | 4 | 252.00 |
| **TOTAL:** | | **919** | **8,122.00** |

**FULL SERVICE EXTRA SALES-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| Interior Dressing | 4.00 | 182 | 728.00 |
| A-la-carte | 14.22 | 100 | 1,422.45 |
| Tower Shine Upgrade | 9.00 | 179 | 1,611.00 |
| **TOTAL:** | | **461** | **3,761.45** |
| **GROSS FULL SERVICE** | | **15,379** | **315,431.45** |

**LESS: FULL SERVICE COUPONS-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| $2 off ZIP 12345 FS | -2.00 | 16 | -32.00 |
| $2 off ZIP 78613 FS | -2.00 | 103 | -206.00 |
| $2 off ZIP 78626 FS | -2.00 | 1 | -2.00 |
| $2 off ZIP 78630 FS | -2.00 | 1 | -2.00 |
| $2 off ZIP 78641 FS | -2.00 | 45 | -90.00 |
| $2 off ZIP 78642 FS | -2.00 | 2 | -4.00 |
| $2 off ZIP 78664 FS | -2.00 | 2 | -4.00 |
| $2 off ZIP 78681 FS | -2.00 | 25 | -50.00 |
| $2 off ZIP 78717 FS | -2.00 | 10 | -20.00 |
| Detail FS Adjuster | -21.00 | 23 | -483.00 |
| Employee Detail | -22.50 | 7 | -157.50 |
| Employee Shine + | -8.00 | 38 | -304.00 |
| Employee Supreme + | -11.00 | 25 | -275.00 |
| Ppd Shine + Disc | -16.00 | 12 | -192.00 |
| Ppd Supreme + Disc | -21.00 | 5 | -105.00 |
| **TOTAL:** | | **315** | **-1,926.50** |
| **NET FULL SERVICE SALES:** | | | **313,504.95** |
| **NET WASH SALES:** | | | **534,702.08** |

| Description | Price | Quantity | Amount |
|---|---|---|---|

## PREPAIDS

### VIP PLANS

**VIP PLANS SOLD-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| VIP Monthly Splash | 10.84 | 47 | 509.50 |
| VIP Monthly Shine | 14.20 | 71 | 1,008.04 |
| VIPMthlyShine w/Trp | 8.58 | 16 | 137.24 |
| VIP Monthly Suprm | 16.55 | 43 | 711.65 |
| VIP Monthly Splash+ | 25.61 | 5 | 128.06 |
| VIP Monthly Shine+ | 28.87 | 34 | 981.45 |
| VIPMthlyShine+w/Trp | 7.41 | 3 | 22.23 |
| VIP Monthly Suprm+ | 37.68 | 22 | 828.85 |
| **TOTAL:** | | **241** | **4,327.02** |

**VIP PLANS RECHARGED-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| VIP Splash Rchg | 19.99 | 183 | 3,658.17 |
| VIP Shine Rchg | 24.99 | 237 | 5,922.63 |
| VIPShine w/Trp Rchg | 24.99 | 29 | 724.71 |
| VIP Suprm Rchg | 34.99 | 150 | 5,248.50 |
| VIP Splash+ Rchg | 39.99 | 6 | 239.94 |
| VIP Shine+ Rchg | 46.12 | 134 | 6,180.66 |
| VIPShine+ w/Trp Rchg | 52.99 | 5 | 264.95 |
| VIP Suprm+ Rchg | 61.12 | 92 | 5,623.08 |
| **TOTAL:** | | **836** | **27,862.64** |

**VIP PLANS REDEEMED-**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| VIP Suprm Pkg. | 0.00 | 576 | 0.00 |
| VIP Splash Sold Pkg. | 0.00 | 19 | 0.00 |
| ARM Redeemer Pkg. | 0.00 | 3,237 | 0.00 |
| VIPShine w/T  SldPkg | 0.00 | 22 | 0.00 |
| VIP Shine+ Pkg. | 0.00 | 405 | 0.00 |
| VIP Shine+ Sold Pkg. | 0.00 | 19 | 0.00 |
| VIP Suprm+ Pkg. | 0.00 | 340 | 0.00 |
| VIP Suprm+ Sold Pkg. | 0.00 | 10 | 0.00 |
| VIP Shine w/T Pkg. | 0.00 | 124 | 0.00 |
| VIP Splash + Pkg. | 0.00 | 22 | 0.00 |
| VIP Shine+w/Trp Pkg. | 0.00 | 21 | 0.00 |
| VIP Shine Pkg. | 0.00 | 1,021 | 0.00 |
| VIP Shine Sold Pkg. | 0.00 | 41 | 0.00 |
| VIP Splash Pkg. | 0.00 | 727 | 0.00 |
| VIP Suprm Sold Pkg. | 0.00 | 25 | 0.00 |
| VIP Splash. | -5.49 | 725 | -3,978.00 |
| VIP Shine. | -9.00 | 1,020 | -9,180.00 |
| VIP Shine w/Trp. | -12.00 | 124 | -1,488.00 |
| VIP Suprm. | -12.00 | 576 | -6,912.00 |
| VIP Splash+. | -14.00 | 22 | -308.00 |
| VIP Shine+. | -16.54 | 405 | -6,699.00 |
| VIP Suprm+. | -21.61 | 340 | -7,347.00 |
| VIPMthlyShine+w/Trp. | -24.00 | 21 | -504.00 |
| **TOTAL:** | | | **-36,416.00** |

**VIP PLANS REDEEMED-**

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Sat 01/01/2011 12:00:00am
Sat 12/31/2011 11:59:59pm

| Description | Price | Quantity | Amount | Description | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| Switch VIP Plan | 0.00 | 32 | 0.00 | **GROUPON SOLD-** | | | |
| Discontinue VIP Plan | 0.00 | 51 | 0.00 | Groupon ExpHndWx(45) | 23.00 | 2 | 46.00 |
| Terminate VIP Plan | 0.00 | 10 | 0.00 | Groupon SupClnIn(55) | 33.00 | 11 | 363.00 |
| VIP Splash Rfnd | -9.03 | 3 | -27.09 | Groupon Tower Sold | 0.00 | 108 | 0.00 |
| VIP Shine Rfnd | -10.30 | 22 | -226.53 | **TOTAL:** | | | **409.00** |
| VIP Shine w/Trp Rfnd | -24.18 | 1 | -24.18 | | | | |
| VIP Suprm Rfnd | -17.20 | 4 | -68.81 | **GROUPON REDEEMED:** | | | |
| VIP Shine+ Rfnd | -25.07 | 9 | -225.64 | G-NOW Tower Disc | -15.05 | 37 | -557.00 |
| VIP Suprm+ Rfnd | -22.97 | 3 | -68.90 | G2 Splash Wash RMD | -6.00 | 327 | -1,962.00 |
| **TOTAL:** | | | **-641.15** | G2 Supreme Wash RMD | -12.00 | 222 | -2,664.00 |
| | | | | G2 Splash+ Wash RMD | -14.00 | 150 | -2,100.00 |
| **NET VIP PLAN SALES:** | | | **-4,867.49** | G2 Supreme+ Wash RMD | -24.00 | 132 | -3,168.00 |
| | | | | **TOTAL:** | -12.04 | 868 | **-10,451.00** |

============================
## PREPAID CARDS
============================

| Description | Price | Quantity | Amount | Description | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| **PREPAID CARDS SOLD-** | | | | **GROUPON PAYMENT-** | | | |
| Bonus Bucks $100 | 100.00 | 31 | 3,100.00 | G1 Groupon Payment | 10,323.00 | 1 | 10,323.00 |
| Bonus Bucks $25 | 25.00 | 31 | 775.00 | G2 Groupon Payment | 5,357.00 | 2 | 10,714.00 |
| Bonus Bucks $50 | 50.00 | 18 | 900.00 | **TOTAL:** | 7,012.33 | 3 | **21,037.00** |
| Generic Gift Card | 20.73 | 145 | 3,006.00 | | | | |
| Birthday Gift Card | 85.00 | 1 | 85.00 | **WEBSITE SOLD-** | | | |
| Holiday Gift Card | 23.30 | 27 | 629.00 | $25 Gift Card | 25.00 | 2 | 50.00 |
| 4 Splash Card | 24.00 | 18 | 432.00 | Cert Web Complete | 78.33 | 3 | 235.00 |
| 4 Shine Card | 36.00 | 14 | 504.00 | Cert Web Shine+ | 19.00 | 5 | 95.00 |
| 4 Supreme Card | 48.00 | 9 | 432.00 | Cert Web Splash+ | 14.00 | 3 | 42.00 |
| 4 Shine + Card | 64.00 | 12 | 768.00 | Cert Web Super Clean | 45.00 | 4 | 180.00 |
| 4 Supreme + Card | 84.00 | 5 | 420.00 | Cert Web Supreme | 12.00 | 1 | 12.00 |
| 1 Free Tower Splsh W | 0.00 | 10 | 0.00 | Cert Web Supreme+ | 22.29 | 7 | 156.00 |
| Twr Comp DONATION | 75.00 | 1 | 75.00 | Cert Web Wax | 35.00 | 1 | 35.00 |
| Rewash Splash | 0.00 | 1 | 0.00 | Club $100 Card | 100.00 | 3 | 300.00 |
| Rewash Supreme Plus | 0.00 | 8 | 0.00 | Club $25 Card | 25.00 | 2 | 50.00 |
| Raincheck | 0.00 | 2 | 0.00 | Club $50 Card | 50.00 | 1 | 50.00 |
| Voucher-Cash | 2.62 | 21 | 55.05 | Hol. $25 Gift Card | 25.00 | 1 | 25.00 |
| **TOTAL:** | | 354 | 11,181.05 | Hol. $50 Gift Card | 50.00 | 1 | 50.00 |
| | | | | **TOTAL:** | | | **1,280.00** |
| **PREPAID CARDS REDEEMED-** | | | | | | | |
| Free Splash Rdmd | -6.00 | 5 | -30.00 | **NET OTHER PREPAID** | | | **12,275.00** |
| Groupon Tower Rdmd | -12.00 | 2,540 | -30,480.00 | | | | |
| Ind. Ppd Dollar Card | 0.00 | 1 | 0.00 | **LESS PAIDOUTS-** | | | |
| Ppd Gift Card Rdmd | -13.61 | 554 | -7,537.50 | **TOTAL:** | | 0 | **0.00** |
| Ppd Shine + Rdmd | -16.00 | 28 | -448.00 | | | | |
| Ppd Shine Rdmd | -8.95 | 38 | -340.00 | ## FUNDRAISERS | | | |
| Ppd Splash Rdmd | -5.86 | 42 | -246.00 | | | | |
| Ppd Supreme + Rdmd | -21.00 | 16 | -336.00 | **FUNDRAISERS-** | | | |
| Ppd Supreme Rdmd | -12.00 | 28 | -336.00 | 20% Fundrsr Adj | -2.43 | 28 | -68.00 |
| Redeem IOU | -4.00 | 1 | -4.00 | Cedar Park HS | 3.02 | 8 | 24.20 |
| Swap Gift Card | 0.00 | 4 | 0.00 | RHS - Royals Dance | 2.19 | 20 | 43.80 |
| **TOTAL:** | | | **-39,757.50** | 16 U Plat. Soft Ball | 0.00 | 25 | 0.00 |
| | | | | **TOTAL:** | | 81 | **0.00** |
| **NET PREPAID CARD SALES:** | | | **-28,576.45** | | | | |

============================
## OTHER PREPAIDS SOLD
============================

| Description | Price | Quantity | Amount |
|---|---|---|---|
| **SALES TAX-** | | | |
| `Tax Exempt Sale | 0.00 | 887 | 0.00 |
| **TOTAL:** | | | **0.00** |

# General Sales Report

Tower Express Car Wash
Tower Car Wash

Sat 01/01/2011 12:00:00am
Sat 12/31/2011 11:59:59pm

| Description | Price Quantity | Amount | Description | Price Quantity | Amount |
|---|---|---|---|---|---|

**TOTAL TO ACCOUNT FOR:** 513,533.14

| | | |
|---|---|---|
| **CASH DRAWER-** | | |
| Beginning Drawer | 0 | 0.00 |
| Ending Drawer | 5 | -217.00 |
| **TOTAL:** | | -217.00 |

**TOTAL XPT CASH:** -76,064.00

| | | |
|---|---|---|
| **HOUSE ACCOUNTS-** | | |
| Employee Charge | 0 | 0.00 |
| House Acct Charge | 0 | 0.00 |
| House Acct Payment | 0 | 0.00 |
| **NET CHANGE IN A/R:** | | 0.00 |

| | |
|---|---|
| **OVER / SHORT (-)** | |
| CASH: | -25,295.68 |
| XPT ACCEPTORS: | 12.00 |
| XPT DISPENSERS: | -15.00 |
| CHECK: | 0.00 |
| **TOTAL:** | -25,298.68 |

| | |
|---|---|
| **CREDIT CARD:** | |
| American Express | -37,684.85 |
| Discover | -8,142.10 |
| Visa / MC | -365,054.82 |
| **TOTAL:** | -410,881.77 |

| | |
|---|---|
| **OTHER TENDERS:** | |
| Credit Crd - Un-Paid | -1,040.69 |
| **TOTAL:** | -1,040.69 |

**XPT BALANCING:** -1.00
(Should be $0)

**REPORT BALANCE:** 30.00
(Should be $0)

Cashier:_____ Empl #:_____

Reviewed By:_____ On:_____

| | |
|---|---|
| **Total Express Count** | 28,286 |
| **Express $/Car** | 7.82 |
| **Total FS Count** | 14,918 |
| **Exterior $/Car-** | 21.02 |
| **Total Car Count** | 43,204 |
| **Total $/Car** | 11.89 |

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Sun 01/01/2012 12:00:00am
Mon 06/25/2012 11:59:59pm

| Description | Price | Quantity | Amount |
|---|---|---|---|
| **EXPRESS SALES (Exterior Only)** | | | |
| **WASH SALES-** | | | |
| Tower Splash | 6.00 | 7,136 | 42,816.00 |
| Tower Shine | 9.00 | 4,447 | 40,023.00 |
| Tower Shine w/Triple | 9.00 | 6 | 54.00 |
| Tower Supreme | 12.00 | 5,625 | 67,500.00 |
| **TOTAL:** | | 17,214 | 150,393.00 |
| **Groupon Ext Washes** | | | |
| G2 Splash Wash | 6.00 | 705 | 4,230.00 |
| G2 Supreme Wash | 12.00 | 477 | 5,724.00 |
| Groupon TwrSupr.(12) | 12.00 | 62 | 744.00 |
| **TOTAL:** | | 1,244 | 10,698.00 |
| **EXPRESS EXTRAS-** | | | |
| Rain-X | 2.00 | 3,875 | 7,750.00 |
| **TOTAL:** | | 3,875 | 7,750.00 |
| **OTHER WASH SERVICES-** | | | |
| **TOTAL:** | | 0 | 0.00 |
| **GROSS EXPRESS SALES-** | | | 168,841.00 |
| **LESS: WASH COUPONS-** | | | |
| $5 off TSP 10 | -5.00 | 1 | -5.00 |
| $5 Off VIP 25005 | -5.00 | 99 | -495.00 |
| $10 Off VIP 25005 | -10.00 | 20 | -200.00 |
| $3 Brake Check Promo | -3.00 | 368 | -1,104.00 |
| Free Express Wash | -10.00 | 3 | -30.00 |
| Free Tower Supreme | -12.00 | 2 | -24.00 |
| $3 Off Tower Supreme | -3.00 | 1 | -3.00 |
| $2 off Ath. Card | -2.00 | 46 | -92.00 |
| $2 off | -2.00 | 1,372 | -2,744.00 |
| **TOTAL:** | | 1,912 | -4,697.00 |
| **LESS: WASH DISCOUNTS-** | | | |
| ARM Ppd Splash Disc | -6.00 | 23 | -138.00 |
| ARM Ppd Suprm Disc | -12.00 | 10 | -120.00 |
| ARM Ppd Shine+ Disc | -16.00 | 4 | -64.00 |
| Ppd Splash Disc | -6.00 | 28 | -168.00 |
| Employee Splash | -3.00 | 20 | -60.00 |
| Employee Supreme | -6.00 | 12 | -72.00 |
| Employee Shine | -5.00 | 4 | -20.00 |
| DONATION Comp Disc. | -31.33 | 12 | -376.00 |
| Rewash-Base | -10.02 | 398 | -3,988.00 |
| Manager's Comp Disc. | -18.95 | 210 | -3,979.00 |
| Ppd Supreme Disc | -12.00 | 16 | -192.00 |
| Ppd Shine Disc | -9.00 | 14 | -126.00 |
| ARM Ppd Shine Disc | -9.00 | 21 | -189.00 |
| Rain Check | -6.00 | 64 | -384.00 |
| **TOTAL:** | | 836 | -9,876.00 |
| **NET EXPRESS SALES:** | | 25,081 | 154,268.00 |

| Description | Price | Quantity | Amount |
|---|---|---|---|
| **FULL SERVICE SALES (EXTERIOR AND INTERIOR)** | | | |
| **FULL SERVICE WASHES-** | | | |
| Tower Splash Plus | 14.00 | 822 | 11,508.00 |
| Tower Shine Plus | 19.00 | 3,007 | 57,133.00 |
| Tower Supreme Plus | 24.00 | 3,026 | 72,624.00 |
| Hand Wax Pkg | 45.00 | 76 | 3,420.00 |
| Super Clean Interior | 55.00 | 239 | 13,145.00 |
| Tower Complete | 85.00 | 104 | 8,840.00 |
| **TOTAL:** | | 7,274 | 166,670.00 |
| **GROUPON FULL SERVICE WASHES-** | | | |
| G2 Splash+ Wash | 14.00 | 194 | 2,716.00 |
| Groupon TwrShne+(16) | 4.00 | 313 | 1,252.00 |
| Groupon TwrSupr+(21) | 9.00 | 1 | 9.00 |
| G2 Supreme+ Wash | 24.00 | 159 | 3,816.00 |
| **TOTAL:** | | 667 | 7,793.00 |
| **FULL SERVICE EXTRA SALES-** | | | |
| Interior Dressing | 4.00 | 44 | 176.00 |
| A-la-carte | 14.00 | 125 | 1,750.00 |
| **TOTAL:** | | 169 | 1,926.00 |
| **GROSS FULL SERVICE** | | 8,110 | 176,389.00 |
| **LESS: FULL SERVICE COUPONS-** | | | |
| Employee Shine + | -8.00 | 2 | -16.00 |
| Ppd Shine + Disc | -19.00 | 7 | -133.00 |
| Ppd Splash + Disc | -14.00 | 4 | -56.00 |
| Ppd Supreme + Disc | -24.00 | 5 | -120.00 |
| **TOTAL:** | | 18 | -325.00 |
| **NET FULL SERVICE SALES:** | | | 176,064.00 |
| **NET WASH SALES:** | | | 330,332.00 |

## PREPAIDS

## VIP PLANS

| Description | Price | Quantity | Amount |
|---|---|---|---|
| **VIP PLANS SOLD-** | | | |
| VIP Monthly Splash | 11.37 | 49 | 556.90 |
| VIP Monthly Shine | 14.81 | 33 | 488.81 |
| VIPMthlyShine w/Trp | 15.06 | 6 | 90.38 |
| VIP Monthly Suprm | 15.47 | 23 | 355.92 |
| VIP Monthly Splash+ | 24.28 | 2 | 48.55 |
| VIP Monthly Shine+ | 29.50 | 19 | 560.46 |
| VIPMthlyShine+w/Trp | 33.39 | 4 | 133.57 |
| VIP Monthly Suprm+ | 44.96 | 2 | 89.92 |
| **TOTAL:** | | 138 | 2,324.51 |
| **VIP PLANS RECHARGED-** | | | |
| VIP Splash Rchg | 19.99 | 246 | 4,917.54 |
| VIP Shine Rchg | 24.99 | 212 | 5,297.88 |

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Sun 01/01/2012 12:00:00am
Mon 06/25/2012 11:59:59pm

| Description | Price | Quantity | Amount | Description | Price | Quantity | Amount |
|---|---|---|---|---|---|---|---|
| VIPShine w/Trp Rchg | 24.99 | 79 | 1,974.21 | Generic Gift Card | 23.48 | 119 | 2,794.00 |
| VIP Suprm Rchg | 34.99 | 156 | 5,458.44 | Birthday Gift Card | 43.00 | 4 | 172.00 |
| VIP Splash+ Rchg | 39.99 | 26 | 1,039.74 | Holiday Gift Card | 26.13 | 15 | 392.00 |
| VIP Shine+ Rchg | 52.99 | 101 | 5,351.99 | 4 Splash Card | 24.00 | 28 | 672.00 |
| VIPShine+ w/Trp Rchg | 52.99 | 18 | 953.82 | 4 Shine Card | 36.00 | 14 | 504.00 |
| VIP Suprm+ Rchg | 67.99 | 39 | 2,651.61 | 4 Supreme Card | 48.00 | 16 | 768.00 |
| **TOTAL:** | | **877** | **27,645.23** | 4 Splash + Card | 56.00 | 4 | 224.00 |
| | | | | 4 Shine + Card | 76.00 | 7 | 532.00 |
| **VIP PLANS REDEEMED-** | | | | 4 Supreme + Card | 96.00 | 5 | 480.00 |
| VIP Suprm Pkg. | 0.00 | 556 | 0.00 | 4 Spl Comm Donation | 0.00 | 1 | 0.00 |
| VIP Splash Sold Pkg. | 0.00 | 23 | 0.00 | Rewash Supreme Plus | 0.00 | 1 | 0.00 |
| ARM Redeemer Pkg. | 0.00 | 3,185 | 0.00 | Raincheck | 0.00 | 2 | 0.00 |
| VIPShine w/T  SldPkg | 0.00 | 6 | 0.00 | Voucher-Cash | 5.45 | 15 | 81.80 |
| VIP Shine+ Pkg. | 0.00 | 310 | 0.00 | **TOTAL:** | | **287** | **10,969.80** |
| VIP Shine+ Sold Pkg. | 0.00 | 4 | 0.00 | | | | |
| VIP Suprm+ Pkg. | 0.00 | 84 | 0.00 | **PREPAID CARDS REDEEMED-** | | | |
| VIP Shine w/T Pkg. | 0.00 | 349 | 0.00 | Groupon Tower Rdmd | -12.00 | 62 | -744.00 |
| VIP Splash + Pkg. | 0.00 | 79 | 0.00 | Ind. Ppd Dollar Card | 0.00 | 2 | 0.00 |
| VIP Shine+w/Trp Pkg. | 0.00 | 56 | 0.00 | Ppd Gift Card Rdmd | -13.12 | 405 | -5,315.00 |
| VIP Shine Pkg. | 0.00 | 716 | 0.00 | Ppd Shine + Rdmd | -18.26 | 23 | -420.00 |
| VIP Shine Sold Pkg. | 0.00 | 15 | 0.00 | Ppd Shine Rdmd | -9.00 | 36 | -324.00 |
| VIP Splash Pkg. | 0.00 | 1,035 | 0.00 | Ppd Splash + Rdmd | -14.00 | 8 | -112.00 |
| VIP Suprm Sold Pkg. | 0.00 | 10 | 0.00 | Ppd Splash Rdmd | -6.00 | 67 | -402.00 |
| VIP Splash. | -6.00 | 1,035 | -6,210.00 | Ppd Supreme + Rdmd | -24.00 | 9 | -216.00 |
| VIP Shine. | -9.00 | 714 | -6,426.00 | Ppd Supreme Rdmd | -12.00 | 42 | -504.00 |
| VIP Shine w/Trp. | -12.00 | 349 | -4,188.00 | Redeem IOU CashVchr | -9.00 | 2 | -18.00 |
| VIP Suprm. | -12.00 | 555 | -6,660.00 | **TOTAL:** | | | **-8,055.00** |
| VIP Splash+. | -14.00 | 78 | -1,092.00 | | | | |
| VIP Shine+. | -19.00 | 310 | -5,890.00 | **NET PREPAID CARD SALES:** | | | **2,914.80** |
| VIP Suprm+. | -24.00 | 84 | -2,016.00 | | | | |
| VIPMthlyShine+w/Trp. | -24.00 | 56 | -1,344.00 | **OTHER PREPAIDS SOLD** | | | |
| **TOTAL:** | | | **-33,826.00** | | | | |
| | | | | **GROUPON SOLD-** | | | |
| **VIP PLANS REDEEMED-** | | | | Groupon Tower Sold | 0.00 | 75 | 0.00 |
| Switch VIP Plan | 0.00 | 13 | 0.00 | **TOTAL:** | | | **0.00** |
| Discontinue VIP Plan | 0.00 | 20 | 0.00 | | | | |
| Terminate VIP Plan | 0.00 | 9 | 0.00 | **GROUPON REDEEMED:** | | | |
| VIP Splash Rfnd | -12.42 | 4 | -49.66 | G-NOW Tower Disc | -9.00 | 40 | -360.00 |
| VIP Shine Rfnd | -14.43 | 4 | -57.72 | G2 Splash Wash RMD | -6.00 | 708 | -4,248.00 |
| VIP Shine w/Trp Rfnd | -13.60 | 3 | -40.79 | G2 Supreme Wash RMD | -12.00 | 481 | -5,772.00 |
| VIP Suprm Rfnd | -24.53 | 6 | -147.15 | G2 Splash+ Wash RMD | -14.00 | 194 | -2,716.00 |
| VIP Splash+ Rfnd | -29.03 | 2 | -58.05 | G2 Supreme+ Wash RMD | -24.00 | 159 | -3,816.00 |
| VIP Shine+ Rfnd | -40.29 | 2 | -80.58 | **TOTAL:** | **-10.69** | **1,582** | **-16,912.00** |
| VIP Suprm+ Rfnd | -29.46 | 1 | -29.46 | | | | |
| **TOTAL:** | | | **-463.41** | **GROUPON PAYMENT-** | | | |
| | | | | **TOTAL:** | 0.00 | **0** | **0.00** |
| **NET VIP PLAN SALES:** | | | **-4,319.67** | | | | |
| | | | | **WEBSITE SOLD-** | | | |
| | | | | Birth. $25 Gift Card | 25.00 | 2 | 50.00 |
| **PREPAID CARDS** | | | | Birth. $50 Gift Card | 50.00 | 1 | 50.00 |
| | | | | Birth.$100 Gift Card | 100.00 | 1 | 100.00 |
| **PREPAID CARDS SOLD-** | | | | Cert Web Super Clean | 55.00 | 2 | 110.00 |
| Bonus Bucks $100 | 100.00 | 35 | 3,500.00 | Cert Web Wax | 45.00 | 1 | 45.00 |
| Bonus Bucks $25 | 25.00 | 8 | 200.00 | Club $100 Card | 100.00 | 2 | 200.00 |
| Bonus Bucks $50 | 50.00 | 13 | 650.00 | Club $50 Card | 50.00 | 2 | 100.00 |

# General Sales Report

**Tower Express Car Wash**
**Tower Car Wash**

Sun 01/01/2012 12:00:00am
Mon 06/25/2012 11:59:59pm

| Description | Price | Quantity | Amount |
|---|---|---|---|
| Hol. $50 Gift Card | 50.00 | 1 | 50.00 |
| Web Splash Bonus Crd | 24.00 | 3 | 72.00 |
| Web Sup Bonus Card | 48.00 | 1 | 48.00 |
| **TOTAL:** | | | **825.00** |
| **NET OTHER PREPAID** | | | **-16,087.00** |
| **LESS PAIDOUTS-** | | | |
| VIP Paidout | -5.64 | 2 | -11.28 |
| **TOTAL:** | | **2** | **-11.28** |

### FUNDRAISERS

| | | | |
|---|---|---|---|
| **FUNDRAISERS-** | | | |
| **TOTAL:** | | **0** | **0.00** |
| **SALES TAX-** | | | |
| `Tax Exempt Sale | 0.00 | 622 | 0.00 |
| **TOTAL:** | | | **0.00** |
| **TOTAL TO ACCOUNT FOR:** | | | **312,828.85** |
| **CASH DRAWER-** | | | |
| Beginning Drawer | | 0 | 0.00 |
| Ending Drawer | | 0 | 0.00 |
| **TOTAL:** | | | **0.00** |
| **TOTAL XPT CASH:** | | | **-37,119.75** |
| **HOUSE ACCOUNTS-** | | | |
| Employee Charge | | 0 | 0.00 |
| House Acct Charge | | 0 | 0.00 |
| House Acct Payment | | 0 | 0.00 |
| **NET CHANGE IN A/R:** | | | **0.00** |
| **OVER / SHORT (-)** | | | |
| **CASH:** | | | **-2,682.00** |
| **XPT ACCEPTORS:** | | | **-6.00** |
| **XPT DISPENSERS:** | | | **-542.00** |
| **CHECK:** | | | **0.00** |
| **TOTAL:** | | | **-3,230.00** |
| **CREDIT CARD:** | | | |
| American Express | | | -24,815.20 |
| Discover | | | -6,279.14 |
| Visa / MC | | | -240,417.08 |
| **TOTAL:** | | | **-271,511.42** |
| **OTHER TENDERS:** | | | |
| Credit Crd - Pending | | | 0.00 |
| Credit Crd - Un-Paid | | | -967.68 |
| **TOTAL:** | | | **-967.68** |

| Description | Price | Quantity | Amount |
|---|---|---|---|
| **XPT BALANCING:** (Should be $0) | | | **0.00** |
| **REPORT BALANCE:** (Should be $0) | | | **0.00** |

Cashier:_____   Empl #:_____

Reviewed By:_____   On:_____

| | |
|---|---|
| **Total Express Count** | **18,458** |
| **Express $/Car** | **8.36** |
| **Total FS Count** | **7,941** |
| **Exterior $/Car-** | **22.17** |
| **Total Car Count** | **26,399** |
| **Total $/Car** | **11.85** |

Tower Car Wash, Inc.
STATEMENT OF REVENUEW AND EXPENSES
For the Year Ended
December 31, 2010

**Income**

| | |
|---|---:|
| WASH SALES | |
| Sales - Express Washes | 18,482.80 |
| Sales - Full Service Washes | 13,717.00 |
| Other Revenue | - |
| Interest Income | - |
| Prepaid Sales | 3,335.00 |
| **Total Income** | **35,534.80** |
| **CONTRA INCOME ACCOUNTS** | |
| Cost of Sales | 1,249.25 |
| Fundraiser Cards | 18.80 |
| Discounts and Coupons | 13,210.00 |
| Total Contra Income Accounts | **14,478.05** |
| **NET REVENUE** | **21,056.75** |
| **EXPENSES:** | |
| Human Resources | 24,808.40 |
| Marketing | 1,656.82 |
| Insurance | 6,289.94 |
| Professional Services | 2,132.09 |
| Outside Services | - |
| Equipment Rental | - |
| Repair & Maintenance | 1,895.34 |
| Taxes | 4,547.03 |
| Administrative | 1,771.78 |
| Travel & Entertainment | 19.78 |
| Utilities | 127.64 |
| **TOTAL EXPENSES** | **43,248.82** |
| **NET OPERATING INCOME** | **(22,192.07)** |
| **OTHER INCOME/EXPENSES** | |
| Other Expenses | |
| Interest | 11,727.39 |
| Total Other Expense | 11,727.39 |
| **NET OTHER INCOME** | **(11,727.39)** |
| | |
| **NET INCOME** | **(33,919.46)** |

Tower Car Wash, Inc.
STATEMENT OF REVENUEW AND EXPENSES
For the Year Ended
December 31, 2011

**Income**

WASH SALES

| | |
|---|---:|
| Sales - Express Washes | 245,751.00 |
| Sales - Full Service Washes | 310,787.45 |
| Other Revenue | 9,813.21 |
| Interest Income | 2,320.59 |
| Prepaid Sales | 49,882.16 |
| **Total Income** | **618,554.41** |

**CONTRA INCOME ACCOUNTS**

| | |
|---|---:|
| Cost of Sales | 107,950.35 |
| Fundraiser Cards | 58.04 |
| Discounts and Coupons | 35,096.37 |
| Total Contra Income Accounts | **143,104.76** |
| **NET REVENUE** | **475,449.65** |

**EXPENSES:**

| | |
|---|---:|
| Human Resources | 268,986.79 |
| Marketing | 13,029.10 |
| Insurance | 10,972.23 |
| Professional Services | 37,893.10 |
| Outside Services | 12,758.01 |
| Equipment Rental | 2,598.95 |
| Repair & Maintenance | 8,009.93 |
| Taxes | 54,564.31 |
| Administrative | 6,288.59 |
| Travel & Entertainment | 215.35 |
| Utilities | 59,468.42 |
| **TOTAL EXPENSES** | **474,784.78** |
| **NET OPERATING INCOME** | **664.87** |

**OTHER INCOME/EXPENSES**

Other Expenses

| | |
|---|---:|
| Interest | 104,728.62 |
| Non-recurring Expenses | 18,000.00 |
| Total Other Expense | 122,728.62 |
| **NET OTHER INCOME** | (122,728.62) |
| **NET INCOME** | (122,063.75) |

## Tower Car Wash, Inc.
### STATEMENT OF REVENUES AND EXPENSES
For the Trailing 12 Months Ended December 31, 2011

| | Jan 11 | Feb 11 | Mar 11 | Apr 11 | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Sales - Express Washes $ | 5733.00 | 12279.00 | 21079.05 | 33384.00 | 23841.00 | 24816.00 | 22575.00 | 23523.00 | 24423.00 | 22236.00 | 15873.00 | 15988.95 | 245751.00 |
| Sales - Full Service Washes | 15964.00 | 22551.00 | 29039.00 | 32478.00 | 29001.99 | 27296.00 | 30136.00 | 27517.00 | 28379.00 | 28754.45 | 20754.00 | 18917.01 | 310787.45 |
| All Other Sales | 0.00 | 97.74 | 1958.68 | 2626.17 | 1145.00 | 4238.20 | 5600.00 | 4871.11 | 4828.11 | 12947.25 | 4250.10 | -42562.45 | 0.00 |
| Other Revenue | 0.00 | 0.00 | 0.00 | 435.00 | 138.00 | 210.00 | 339.52 | 449.35 | 489.79 | 31.21 | 76.54 | 7643.80 | 9813.21 |
| Interest Income | 0.00 | 0.00 | 0.00 | 596.91 | 0.00 | 1064.09 | 0.00 | 166.97 | 492.62 | 0.00 | 0.00 | 0.00 | 2320.59 |
| PrePaid Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5024.71 | 44857.45 | 49882.16 |
| Total Income | 21697.00 | 34927.74 | 52076.73 | 69520.08 | 54125.99 | 57624.29 | 58650.61 | 56527.43 | 58612.52 | 63968.91 | 45978.35 | 44844.76 | 618554.41 |
| **Contra Income Accounts** | | | | | | | | | | | | | |
| Cost of Sales | 1015.16 | 3225.15 | 6980.42 | 9641.80 | 11787.91 | 14791.36 | 13047.72 | 12704.63 | 9659.88 | 11926.61 | 5968.73 | 7200.98 | 107950.35 |
| Fundraiser Cards | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.04 | 0.00 | 0.00 | 58.04 |
| Discounts and Coupons | 2788.00 | 3752.00 | 3748.50 | 2837.50 | 2162.58 | 2410.50 | 2791.00 | 2529.00 | 2053.00 | 1723.29 | 2295.00 | 6006.00 | 35096.37 |
| Total Contra Income Accounts | 3803.16 | 6977.15 | 10728.92 | 12479.30 | 13950.49 | 17201.86 | 15838.72 | 15233.63 | 11712.88 | 13707.94 | 8263.73 | 13206.98 | 143104.76 |
| Gross Profit | 17893.84 | 27950.59 | 41347.81 | 57040.78 | 40175.50 | 40422.43 | 42811.89 | 41293.80 | 46899.64 | 50260.97 | 37714.62 | 31637.78 | 475449.65 |
| **Operating Expenses** | | | | | | | | | | | | | |
| Human Resources | 14229.97 | 14757.40 | 24999.21 | 20806.13 | 28025.32 | 20481.03 | 21176.97 | 21886.52 | 32538.54 | 20923.41 | 18707.83 | 30454.46 | 268986.79 |
| Marketing | 18.80 | 556.32 | 941.10 | 1080.00 | 125.00 | 1896.44 | 1178.73 | 1748.99 | 598.70 | 1353.39 | 646.97 | 2884.66 | 13029.10 |
| Insurance | 0.00 | 0.00 | 1098.99 | 1098.99 | 1623.23 | 395.47 | 658.30 | 0.00 | 2461.20 | 1027.19 | 1026.98 | 1581.88 | 10972.23 |
| Professional Services | 550.00 | 1750.00 | 1500.00 | 1000.00 | 11275.00 | 1600.00 | 465.00 | 500.00 | 7000.00 | 3523.21 | 2193.41 | 6536.48 | 37893.10 |
| Outside Services | 0.00 | 0.00 | 0.00 | 0.00 | 1160.91 | 1812.00 | 1222.52 | 941.96 | 2328.46 | 2190.75 | 1009.17 | 2092.24 | 12758.01 |
| Equipment Rental | 0.00 | 183.08 | 63.87 | 0.00 | 127.74 | 63.87 | 500.00 | 63.87 | 0.00 | 63.87 | 129.87 | 1402.78 | 2598.95 |
| Repair & Maintenance | 117.45 | 289.26 | 494.32 | 310.00 | -117.45 | 557.11 | 597.86 | 819.41 | 1877.86 | 613.45 | 178.67 | 2271.99 | 8009.93 |
| Taxes | 2500.00 | 4500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 2500.00 | 25064.31 | 54564.31 |
| Administrative | 328.78 | 466.75 | 556.95 | 0.00 | 1024.11 | 321.50 | 740.10 | 444.26 | 585.88 | 431.10 | 770.68 | 618.48 | 6288.59 |
| Travel & Entertainment | 0.00 | 25.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 35.00 | 86.36 | 48.00 | 215.35 |
| Utilities | 2756.44 | 3121.59 | 4187.50 | 5243.04 | 5186.35 | 4141.28 | 4720.54 | 5294.43 | 4829.15 | 4816.86 | 4749.38 | 10421.86 | 59468.42 |
| Total Operating Expenses | 20501.44 | 25650.39 | 36341.94 | 32038.16 | 50930.21 | 33768.70 | 33760.02 | 34219.44 | 54754.79 | 37529.59 | 31960.96 | 83329.14 | 474784.78 |
| Net Operating Income | -2607.60 | 2300.20 | 5005.87 | 25002.62 | -10754.71 | 6653.73 | 9051.87 | 7074.36 | -7855.15 | 12731.38 | 5753.66 | -51691.36 | 664.87 |
| **Other Income/Expenses** | | | | | | | | | | | | | |
| **Other Expenses** | | | | | | | | | | | | | |
| Interest | 0.00 | 165.69 | 9315.22 | 15266.59 | 16522.26 | 10924.68 | 6817.98 | 0.00 | 0.00 | 1356.50 | 11101.42 | 33258.28 | 104728.62 |
| Non-recurring Expenses | | | | | | | | | | | | 18000.00 | 18000.00 |
| Total Other Expense | 0.00 | 165.69 | 9315.22 | 15266.59 | 16522.26 | 10924.68 | 6817.98 | 0.00 | 0.00 | 1356.50 | 11101.42 | 51258.28 | 122728.62 |
| Net Other Income | 0.00 | -165.69 | -9315.22 | -15266.59 | -16522.26 | -10924.68 | -6817.98 | 0.00 | 0.00 | -1356.50 | -11101.42 | -51258.28 | -122728.62 |
| Net Income | -2607.60 | 2134.51 | -4309.35 | 9736.03 | -27276.97 | -4270.95 | 2233.89 | 7074.36 | -7855.15 | 11374.88 | -5347.76 | -102949.64 | -122063.75 |

6:12 PM
06/12/12
Accrual Basis

# Tower Car Wash, Inc
## Profit & Loss
### January through May 2012

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 500 · Wash Sales | 267,288.00 |
| 510 · Extra Sales | 8,109.00 |
| 520 · Prepaid Sales | 48,852.99 |
| 530 · Coupons & Redeemed Prepaids | -64,533.79 |
| 550 · Other Revenue | 310.07 |
| **Total Income** | **260,026.27** |
| | |
| **Cost of Goods Sold** | |
| 600 · Cost of Sales | 22,754.09 |
| **Total COGS** | **22,754.09** |
| | |
| **Gross Profit** | **237,272.18** |
| | |
| **Expense** | |
| 750 · Human Resources | 122,609.95 |
| 760 · Marketing | 5,833.64 |
| 770 · Insurance Expense | 7,624.38 |
| 802 · Professional Services | 15,615.99 |
| 807 · Cash (over)/short | 20.00 |
| 820 · Security | 3,481.02 |
| 828 · Repair & Maintenance | 8,751.34 |
| 840 · Taxes | 22,735.00 |
| 855 · Administration | 9,432.18 |
| 860 · Utilities | 32,584.16 |
| **Total Expense** | **228,687.66** |
| | |
| **Net Operating Income** | 8,584.52 |
| | |
| **Other Income/Expense** | |
| **Other Expense** | |
| 870 · Interest | 61,972.79 |
| 880 · Non-recurring Expenses | 19,451.80 |
| Total Other Expense | 81,424.59 |
| | |
| **Net Other Income** | **-81,424.59** |
| | |
| **Net Income** | **-72,840.07** |

# Tower Car Wash, Inc
## Profit & Loss
### January through May 2012

|  | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | TOTAL |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **500 · Wash Sales** | | | | | | |
| 501 · Express Wash | 28,471.33 | 28,041.51 | 11,833.16 | 33,186.00 | 25,311.00 | 126,843.00 |
| 502 · Full Service | 24,374.00 | 22,060.00 | 32,985.00 | 34,296.00 | 26,730.00 | 140,445.00 |
| 500 · Wash Sales - Other | 0.00 | 0.00 | 0.00 | -100.61 | 100.61 | 0.00 |
| **Total 500 · Wash Sales** | 52,845.33 | 50,101.51 | 44,818.16 | 67,381.39 | 52,141.61 | 267,288.00 |
| | | | | | | |
| **510 · Extra Sales** | | | | | | |
| 511 · Express Extra | 916.00 | 776.00 | 1,604.00 | 1,752.00 | 1,322.00 | 6,370.00 |
| 512 · Full Service Extra | 327.00 | 251.00 | 520.00 | 402.00 | 239.00 | 1,739.00 |
| **Total 510 · Extra Sales** | 1,243.00 | 1,027.00 | 2,124.00 | 2,154.00 | 1,561.00 | 8,109.00 |
| | | | | | | |
| **520 · Prepaid Sales** | | | | | | |
| 520.1 · VIP Plans | 4,272.40 | 4,456.01 | 4,744.04 | 5,196.14 | 5,595.89 | 24,264.48 |
| 520.2 · Prepaid Cards | 1,324.00 | 1,384.00 | 2,081.76 | 2,192.75 | 1,974.00 | 8,956.51 |
| 520.3 · Other Prepaid | 4,066.00 | 2,882.00 | 4,242.00 | 4,342.00 | 100.00 | 15,632.00 |
| **Total 520 · Prepaid Sales** | 9,662.40 | 8,722.01 | 11,067.80 | 11,730.89 | 7,669.89 | 48,852.99 |
| | | | | | | |
| **530 · Coupons & Redeemed Prepaids** | | | | | | |
| 530.1 · Coupons | -629.00 | -719.00 | -1,134.00 | -4,817.00 | -792.00 | -8,091.00 |
| 530.2 · Discounts | -1,703.00 | -1,329.00 | -1,924.00 | -1,810.00 | -1,700.00 | -8,466.00 |
| 530.3 · Prepaids Redeemds | -8,920.40 | -7,756.02 | -12,083.51 | -9,054.29 | -9,265.86 | -47,080.08 |
| 530.4 · Unfunded Credit Card Charges | -182.94 | -197.94 | -217.91 | -130.97 | -139.95 | -869.71 |
| 530.5 · Refunds | 0.00 | -27.00 | 0.00 | 0.00 | 0.00 | -27.00 |
| **Total 530 · Coupons & Redeemed Prepaids** | -11,435.34 | -10,028.96 | -15,359.42 | -15,812.26 | -11,897.81 | -64,533.79 |
| | | | | | | |
| **550 · Other Revenue** | 34.55 | 0.00 | 116.53 | 106.80 | 52.19 | 310.07 |
| **Total Income** | 52,349.94 | 49,821.56 | 42,767.07 | 65,560.82 | 49,526.88 | 260,026.27 |
| | | | | | | |
| **Cost of Goods Sold** | | | | | | |
| **600 · Cost of Sales** | | | | | | |
| 603 · Credit Card Fees | 926.31 | 1,163.33 | 836.43 | 1,543.35 | 1,638.72 | 6,108.14 |
| 601 · Chemicals - Tunnel | 1,938.87 | 3,467.76 | 1,093.85 | 2,599.39 | 1,798.04 | 10,897.91 |
| 602 · Chemicals - Full Service | 2,487.08 | 2,283.13 | 283.50 | 501.81 | 192.52 | 5,748.04 |
| **Total 600 · Cost of Sales** | 5,352.26 | 6,914.22 | 2,213.78 | 4,644.55 | 3,629.28 | 22,754.09 |
| | | | | | | |
| **Total COGS** | 5,352.26 | 6,914.22 | 2,213.78 | 4,644.55 | 3,629.28 | 22,754.09 |
| | | | | | | |
| **Gross Profit** | 46,997.68 | 42,907.34 | 40,553.29 | 60,916.27 | 45,897.60 | 237,272.18 |
| | | | | | | |
| **Expense** | | | | | | |
| **750 · Human Resources** | | | | | | |
| 757.1 · Labor Hourly | 13,057.25 | 10,895.81 | 16,457.19 | 17,594.15 | 19,926.48 | 77,930.88 |
| 757.2 · Salary - Manager | 4,461.54 | 5,130.77 | 2,230.77 | 0.00 | 0.00 | 11,823.08 |
| 757.3 · Salary - Marketing | 2,923.20 | 3,361.68 | 2,943.22 | 3,195.50 | 438.48 | 12,862.08 |
| 757.4 · Salary - Accountant | 1,254.00 | 987.25 | 1,034.00 | 1,309.00 | 864.13 | 5,448.38 |
| 757.5 · FICA (Employer's Share) | 1,679.89 | 1,545.08 | 2,019.74 | 1,661.52 | 4,865.53 | 11,771.76 |
| 757.6 · Unemployment Taxes | 533.26 | 491.66 | 605.27 | 425.71 | 456.77 | 2,512.67 |
| 757.8 · Uniforms | -60.20 | -40.00 | -120.00 | -105.00 | 586.30 | 261.10 |
| **Total 750 · Human Resources** | 23,848.94 | 22,372.25 | 25,170.19 | 24,080.88 | 27,137.69 | 122,609.95 |

# Tower Car Wash, Inc
## Profit & Loss
### January through May 2012

| | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | TOTAL |
|---|---|---|---|---|---|---|
| **760 · Marketing** | | | | | | |
| 760.1 · Cable Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 760.25 · Electronic Signage | 474.10 | 237.05 | 237.05 | 237.05 | 0.00 | 1,185.25 |
| 760.5 · Marketing Supplies | 623.88 | 149.70 | 96.39 | 90.00 | 0.00 | 959.97 |
| 760.8 · Other Promotions | 611.36 | 1,104.71 | 190.00 | 0.00 | 0.00 | 1,906.07 |
| 760.3 · Online Marketing | 9.95 | 147.98 | 32.85 | 0.00 | 0.00 | 190.78 |
| 760.6 · Printing & Reproduction | 351.55 | 409.44 | 170.15 | 0.00 | 0.00 | 931.14 |
| 760.4 · Web Site & soc. Media Services | 0.00 | 0.00 | 0.00 | 0.00 | 660.43 | 660.43 |
| **Total 760 · Marketing** | 2,070.84 | 2,048.88 | 726.44 | 327.05 | 660.43 | 5,833.64 |
| | | | | | | |
| **770 · Insurance Expense** | | | | | | |
| 770.1 · Property Coverage | 999.38 | 1,006.38 | 513.19 | 408.00 | 1,006.38 | 3,933.33 |
| 770.2 · Other Insurance | 0.00 | 1,581.88 | 527.29 | 0.00 | 1,581.88 | 3,691.05 |
| **Total 770 · Insurance Expense** | 999.38 | 2,588.26 | 1,040.48 | 408.00 | 2,588.26 | 7,624.38 |
| | | | | | | |
| **802 · Professional Services** | | | | | | |
| 802.1 · Management Fees | 2,577.00 | 2,402.00 | 3,200.00 | 3,941.14 | 2,970.85 | 15,090.99 |
| 802.2 · Accounting & Legal | 525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 525.00 |
| **Total 802 · Professional Services** | 3,102.00 | 2,402.00 | 3,200.00 | 3,941.14 | 2,970.85 | 15,615.99 |
| | | | | | | |
| **807 · Cash (over)/short** | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| **820 · Security** | | | | | | |
| 820.1 · Video Surveillance System | 619.56 | 619.56 | 619.56 | 619.56 | 619.56 | 3,097.80 |
| 820.2 · ADT Security Services | 63.87 | 127.74 | 63.87 | 0.00 | 127.74 | 383.22 |
| **Total 820 · Security** | 683.43 | 747.30 | 683.43 | 619.56 | 747.30 | 3,481.02 |
| | | | | | | |
| **828 · Repair & Maintenance** | | | | | | |
| 828.1 · Parts & Equipment | 80.05 | 979.24 | 1,578.29 | 1,077.44 | 1,227.15 | 4,942.17 |
| 828.2 · Building & Grounds | 1,485.59 | 8.64 | 341.31 | 0.00 | 0.00 | 1,835.54 |
| 828.3 · Supplies & Janitorial | 0.00 | 198.00 | 350.04 | 202.41 | 40.33 | 790.78 |
| 828.4 · Damage Claims | 140.51 | 456.80 | 255.66 | 250.00 | 79.88 | 1,182.85 |
| **Total 828 · Repair & Maintenance** | 1,706.15 | 1,642.68 | 2,525.30 | 1,529.85 | 1,347.36 | 8,751.34 |
| | | | | | | |
| **840 · Taxes** | | | | | | |
| 840.1 · Ad Valorem | 3,353.00 | 3,353.00 | 3,353.00 | 3,353.00 | 3,353.00 | 16,765.00 |
| 840.3 · Personal Property Taxes (Equip) | 1,194.00 | 1,194.00 | 1,194.00 | 1,194.00 | 1,194.00 | 5,970.00 |
| **Total 840 · Taxes** | 4,547.00 | 4,547.00 | 4,547.00 | 4,547.00 | 4,547.00 | 22,735.00 |
| | | | | | | |
| **855 · Administration** | | | | | | |
| 855.1 · Telephone & Internet | 372.88 | 368.62 | 557.86 | 352.03 | 416.41 | 2,067.80 |
| 855.2 · Copy Machine Rental | 0.00 | 0.00 | 314.09 | 0.00 | 0.00 | 314.09 |
| 855.4 · Bank Service Charges | 12.00 | 12.21 | 39.00 | 16.99 | 12.94 | 93.14 |
| 855.5 · Office Supplies | 464.27 | 760.95 | 436.65 | 411.62 | 256.04 | 2,329.53 |
| 855.6 · Dues & Subscriptions | 0.00 | 0.00 | 86.59 | 0.00 | -7.50 | 79.09 |
| 855.7 · Travel Expense | 87.91 | 118.99 | 158.38 | 0.00 | 60.00 | 425.28 |
| 855.8 · Technical Support | 433.08 | 1,491.49 | 433.08 | 433.08 | 433.08 | 3,223.81 |
| 855.9 · Other | 750.00 | 36.64 | 72.86 | 7.33 | 32.61 | 899.44 |
| **Total 855 · Administration** | 2,120.14 | 2,788.90 | 2,098.51 | 1,221.05 | 1,203.58 | 9,432.18 |

6:13 PM
06/12/12
Accrual Basis

**Tower Car Wash, Inc**

## Profit & Loss
### January through May 2012

| | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | TOTAL |
|---|---|---|---|---|---|---|
| **860 · Utilities** | | | | | | |
| 860.3 · Water & Wastewater | 3,606.22 | 2,576.45 | 1,843.56 | 2,206.00 | 1,991.00 | 12,223.23 |
| 860.1 · Electricity | 6,172.88 | 3,119.44 | 3,352.67 | 3,741.00 | 3,454.00 | 19,839.99 |
| 860.2 · Waste Disposal | 169.08 | 87.52 | 87.52 | 87.52 | 89.30 | 520.94 |
| **Total 860 · Utilities** | 9,948.18 | 5,783.41 | 5,283.75 | 6,034.52 | 5,534.30 | 32,584.16 |
| | | | | | | |
| **Total Expense** | 49,046.06 | 44,920.68 | 45,275.10 | 42,709.05 | 46,736.77 | 228,687.66 |
| | | | | | | |
| **Net Operating Income** | -2,048.38 | -2,013.34 | -4,721.81 | 18,207.22 | -839.17 | 8,584.52 |
| | | | | | | |
| **Other Income/Expense** | | | | | | |
| **Other Expense** | | | | | | |
| **870 · Other Expenses** | | | | | | |
| 870.5 · Interest Zilker | 0.00 | 0.00 | 0.00 | 502.50 | 833.71 | 1,336.21 |
| 870.1 · Interest First Mortgage | 6,622.82 | 11,855.75 | 6,932.07 | 8,644.18 | 9,774.58 | 43,829.40 |
| 870.2 · Interest Second Morgage | 4,730.94 | -80.40 | 4,701.19 | 0.00 | 2,339.40 | 11,691.13 |
| 870.4 · Fees-SBA Loan | 2,046.42 | 0.00 | 2,046.42 | 0.00 | 1,023.21 | 5,116.05 |
| **Total 870 · Other Expenses** | 13,400.18 | 11,775.35 | 13,679.68 | 9,146.68 | 13,970.90 | 61,972.79 |
| | | | | | | |
| 880 · Non-recurring Expenses | 9,000.00 | 2,454.00 | 6,347.80 | 0.00 | 1,650.00 | 19,451.80 |
| **Total Other Expense** | 22,400.18 | 14,229.35 | 20,027.48 | 9,146.68 | 15,620.90 | 81,424.59 |
| | | | | | | |
| **Net Other Income** | -22,400.18 | -14,229.35 | -20,027.48 | -9,146.68 | -15,620.90 | -81,424.59 |
| | | | | | | |
| **Net Income** | -24,448.56 | -16,242.69 | -24,749.29 | 9,060.54 | -16,460.07 | -72,840.07 |

EXHIBIT  4

BOB TESCH                                                      9/21/2011

47

1    chose not to put it there.

2        Q.   Okay.  Do you see in Mr. Quick's e-mail of

3    October 18th to you and Brian King.  He asks, "What is

4    wrong with them?  They look pretty much like the faces

5    on the UT Tower."

6        A.   I don't know.  Where is that e-mail?  Oh, this

7    one?

8        Q.   Yes, sir.  Exhibit 9.

9        A.   That may have been part of my -- part of my

10   reason.  I didn't want it to look like the UT Tower

11   clock face.

12       Q.   Have you told anybody previously you didn't

13   want it to look like the UT Tower clock face?

14       A.   I don't think so.

15       Q.   Can you think of any reason why Mr. Quick might

16   have had the impression that it was supposed to look

17   like the faces on the UT Tower?

18       A.   Well, you know, I think there was in some cases

19   a loose -- loose language among contractors about what

20   they -- you know, what they were to build.  But I think

21   I was pretty clear.  And so what they may have

22   interpreted or wanted or how they chose to communicate

23   with one another about it, I have no control over.

24       Q.   Do you recall when it was that you made the

25   decision to remove the clock face that had been

55

1    Cruz to your recollection?

2         A.   I don't believe so.

3         Q.   So what did you and Ms. Rhodes talk about in

4    terms of colors for the logo?

5         A.   I told her that I wanted it to have -- be blue

6    and orange, but specifically not the trademark orange

7    that the University has.  She assured me that it was

8    not.

9         Q.   She assured you that it was not the UT burnt

10   orange?

11        A.   Yes.

12        Q.   Okay.  Can you give me any explanation, then,

13   why she would say in her e-mail to you -- I'm sorry, her

14   e-mail to Nando, on May 28th, 2010, "The UT orange and

15   dark blue will definitely be colors we'll use"?

16        A.   I have no idea about that.  I wasn't aware of

17   that.

18        Q.   But you told her specifically not to use UT's

19   orange?

20        A.   Yes.  As I recall, she gave me a pallet of

21   colors, and we made sure not to use that shade of

22   orange.

23        Q.   And is it your belief that the current logo

24   does not use UT's shade of orange?

25        A.   Yes.

56

1          Q.   Let me hand you what has been marked as

2     Exhibit 11.  I'm sorry.  This was previously marked in

3     an earlier deposition as Exhibit 11.  Do you see the

4     e-mail in the middle of the page from Felipe Cruz to

5     Amber, dated 4 July, 2010?

6          A.   Yes.

7          Q.   And do you see in the -- starting at the end of

8     the second line of that e-mail, Mr. Cruz says, "I did

9     choose PMS 159 for the UT burnt orange as per their

10    official school color"?

11         A.   I see that, yes.

12         Q.   Is it your understanding that Mr. Cruz is not

13    making an accurate statement there?

14         A.   Well, if -- this is the first time I've seen

15    this, but I don't believe the actual orange that we

16    used, irrespective of what he's communicating back and

17    forth to Amber, was any trademark shade of orange.

18         Q.   Are you distinguishing between whether UT had

19    their shade of orange trademarked or whether it was the

20    same shade of orange that UT uses?

21         A.   Well, it was my understanding that UT had or

22    has a trademark on a particular shade of burnt orange,

23    and I just recall specifying that we did not want to

24    violate any trademarks and to not -- to ensure that we

25    should not use that color.

BOB TESCH                                                    9/21/2011

                                                                   62

1        A.   Yes.

2        Q.   -- and magazines and things like that, correct?

3        A.   Correct.

4        Q.   Do you ever review the printing specs for those

5    materials before they go out?

6        A.   Sometimes.   I know that immediately after

7    receiving that first letter from Mr. Barber, I

8    instructed our people to make sure that we have a

9    disclaimer on anything that's printed that we are not

10   associated with the University of Texas, and I believe

11   that appears on any and all of our printed materials.

12       Q.   Who made the decision to add the disclaimer to

13   all of your printed materials?

14       A.   I did.

15       Q.   Did you consult with anybody prior to making

16   that decision?

17       A.   Mr. Barber.

18       Q.   Did Mr. Barber ask you to put a disclaimer on

19   your printed materials?

20       A.   Well, let me be a little more clearer.

21   Mr. Barber's letter was clear enough I felt that I

22   should demonstrate that, you know, I want to go the

23   extra mile, and I think that's what I've done.   And

24   that's one of the things that I've done, to go the extra

25   mile to make sure that it's clear that I'm not trying to

75

1    whole tower thing is a big distraction, and I would

2    prefer not to have the distractions.  I just want to run

3    my business and keep my 20, 25 people employed and do a

4    service for the community.

5        Q.  If UT had never complained and this lawsuit

6    never occurred, do you think you would have used the

7    orange option to light the tower?

8        A.  I'm not sure.

9        Q.  I would like to show what's been marked as

10   Exhibit 14.  It appears to me that Shawna seems to think

11   that you did discuss mimicking the UT Tower with the

12   lighting.  Do you recall that conversation?

13       A.  Well, these are her words and perhaps we did.

14   Like I said, I don't recall every discussion we had with

15   her.  There's no question that we have the ability to

16   light it orange.  And she was excited about that.  A lot

17   of people were excited about that.  A lot of people have

18   a lot of expectations about some of these things, but we

19   just haven't done so.

20       Q.  Okay.

21              (Exhibit No. 26 marked)

22       Q.  (By Mr. Meleen)  I'm handing you what has been

23   marked as Exhibit 26.  This is a compilation of

24   materials showing the UT Tower, some photographs,

25   daytime, nighttime, some information on Tower tours, and

74

1    orange when UT wins, no.

2         Q.   Do you light it orange other times?

3         A.   We have the ability to do so, but we have not

4    done so.

5         Q.   Did you ever talk with Shawna about -- I'm

6    going to call her Shawna, because I can't really

7    pronounce her last name, if that's all right with you.

8              Did you ever talk to Shawna about doing

9    lighting that would copy or mimic the UT Tower lighting?

10        A.   I think with the -- I think that was mentioned,

11   sure.  Yeah.

12        Q.   And mentioned by whom?

13        A.   Excuse me.  Let me correct myself.  Mimic, no.

14   But could we light the tower orange?  Yes, we could.

15   Have we done so?  No, we have not, other than just going

16   through testing as to the variety of things that we can

17   do.  We can do almost any colors.  We can just do a lot

18   of things.

19        Q.   Why have you not lit it orange?

20        A.   Just haven't chosen to do so.

21        Q.   It doesn't have anything to do with this

22   lawsuit?

23        A.   Well, it's not my nature to be provocative.

24   And just all we want to do is run our business, wash

25   cars, and do a good job for our customers.  And this

1    that -- I frankly don't -- I just remember that some --

2    it came up in a discussion at some point in time.

3         Q.   Did it come up in any discussions with any of

4    the contractors or subcontractors saying, you know, Hey,

5    is this really okay to do?  Are you going to get in

6    trouble with the University?

7         A.   I think it may have been discussed.

8         Q.   And do you remember who brought that up?

9         A.   No.  I just referred it to my architect, and he

10   had instructions to make sure that we weren't violating

11   any trademarks.  He assured me that we -- it's not a

12   replica.

13        Q.   Did he point out any specifics -- specific

14   details that he was changing to avoid being a replica?

15        A.   No, not to my recollection.

16        Q.   I would like to hand you what was previously

17   marked as Exhibit 18.  We talked earlier about Scott

18   Johnston at Westport.  Do you recall that?

19        A.   Yes.

20        Q.   And what is your understanding of

21   Mr. Johnston's position at Westport?

22        A.   He's the owner.

23        Q.   Do you recall or can you identify this as an

24   e-mail exchange between yourself and Mr. Johnston on

25   October 19th, 2010?

BOB TESCH                                                    9/21/2011

                                                                    97
1    2010?

2         A.   Correct.

3         Q.   Was that a grand opening event?

4         A.   Yes, that was our -- that was our grand

5    opening.

6         Q.   And you had a software technician out and all

7    of that?

8         A.   Yes.

9         Q.   The punch list was not complete at that time?

10        A.   No.

11        Q.   But that's where you would say it was

12   substantially complete?

13        A.   Yes.  I had a Certificate of Occupancy and all

14   of that from the City.

15        Q.   Did you -- did your concerns with Wesport

16   develop into more of a formal dispute?

17        A.   Yes.

18        Q.   How so?

19        A.   Developed into a lawsuit.

20        Q.   And what -- what was the basis of that lawsuit?

21        A.   You don't have a copy of it?

22        Q.   I've got some information about it, but I would

23   like to know your description.

24        A.   It's pretty well spelled out.  They're suing

25   me, and I'm suing them.

100

Q. How would you define the benefits of delaying?

A. Well, there would be a cost. Not many benefits of delaying it. I could have stated that more clearly. The -- I couldn't justify delaying it due to the cost of delaying it.

Q. The cost of delay essentially being continuing to not make any revenue, right?

A. That's part of it.

Q. Are there additional costs?

A. Well, I had employees that we had trained. I had some of which were on the payroll already. Others, we had gone through an expensive training program. Things like that.

Q. Okay. Do you know what the current status of your lawsuit with Westport is? Meaning, you've answered and filed a counterclaim you indicated?

A. Yes.

Q. Have you had settlement discussions with Westport?

A. My lawyer is talking to their lawyer.

Q. Who is your lawyer in that case?

A. Cindy Bourland.

Q. Do you know what firm she's at?

A. B-o-u-r-l-a-n-d. Bourland and Bourland, or the Bourland Law Firm. I'm not sure of the exact style of

EXHIBIT  5

SCOTT JOHNSTON                                          8/30/2011

51

1         Q.   And the first color he wanted it lit was

2    orange?

3         A.   Orange.

4         Q.   And what is the University of Texas school

5    color?

6         A.   Orange.

7         Q.   Did you have any other conversations with him

8    about his love for UT, or can you think of any of them

9    in detail?

10        A.   I mean, we, you know, had just general

11   conversations about, you know, what -- just general

12   stuff, just kind of off-the-cuff stuff.  We'd make jokes

13   with him about an Aggie is the one that raises Bevo.  I

14   don't know, we just -- you know, I can't recall anything

15   explicit, just that he was a die-hard Longhorn.  Any

16   time we jabbed him, he didn't like that.

17        Q.   Did he ever reference University of Texas in

18   regard to his car wash?

19        A.   Not that I ever heard.  Again, the only comment

20   was the first one that we asked, is this -- do you think

21   you'd have any problems, and it was never really brought

22   up that it was the UT Tower, per se.

23        Q.   Why did you, or whoever asked the question,

24   believe that it was possible that Mr. Tesch might run

25   into problems with the University of Texas?

52

1          A.   I don't know, to be honest.  I just remember it

2     being brought up.  You know, like I said, the first

3     question brought up was, this looks like the Tower

4     downtown.  And he said, No, it's a different tower.  And

5     at that point, it was kind of left alone.  Just, Okay,

6     if you say so.

7                    (Exhibit No. 17 marked)

8          Q.   (By Mr. Matthysse)  I'm showing you,

9     Mr. Johnston, what's being marked as Exhibit 17.  And

10    the bottom e-mail there on that page, is from Mr. Ralph

11    Quick.

12         A.   Uh-huh.

13         Q.   And what date is that?

14         A.   That is March the 4th, 2011.

15         Q.   And the e-mail is to Bob Tesch in regards to

16    training session for the tower lighting on March 7th of

17    this year, 2011.

18         A.   Okay.

19         Q.   Do you have any knowledge in regards to that

20    training session?

21         A.   Other than I saw the e-mails as they came

22    through.

23         Q.   Were you there for the lighting?

24         A.   No, I was not.

25         Q.   Have you seen the Tower Car Wash lit?

EXHIBIT  6



EXHIBIT  7



COVER OVER
WINDOW PANELS
AND TRIM WITH ½"
DENS-GLASS AND
½" EIFS

22'-4"

5'-4"

# TOWER CAR WASH
## CEDAR PARK, TX

**TOWER MODIFICATION #16**

07-02-12
A PLUS DESIGN GROUP

Trent Clark-TX registration-17084 PRELIMINARY-NOT FOR CONSTRUCTION, These drawings are incomplete and may not be used for regulatory approval, permit or construction

EXHIBIT  8

```
 1   companies such as Bank of America, for credit card services;
 2   the University's got a credit union for credit card services,
 3   AT&T for wireless services, Time Warner for cable television
 4   services.  There's a fairly significant list of sponsors who
 5   provide services, as opposed to product.
 6        Q.     Okay.
 7        A.     Or physical product, I think is how you said it.
 8        Q.     Sure.  No, I understand.  Okay.
 9               If someone wanted a sponsorship from the University
10   to use the marks, would they have to go through IMG?
11        A.     Yes.
12        Q.     I'm handing you what's being marked as Exhibit 7.
13                         (Deposition Exhibit No. 7 marked for
14                          identification.)
15        A.     (Peruses document.)
16        Q.     Could you read the first paragraph for me?
17        A.     The whole paragraph?
18        Q.     Yes, please.
19        A.     "It was nice to meet you this afternoon.  Per your
20   request, I talked to UT about whether they would have any
21   interest in discussing a license for your use of the UT tower
22   trademark, and unfortunately the answer is no.  It's nothing
23   personal to you or your business; rather, UT's general and
24   longstanding policy is that they do not grant licenses to use
25   their marks to services businesses, for a variety of reasons."
```

1    Q.    Is that an accurate statement?

2    A.    Yes.

3    Q.    And who did that statement come from?

4    A.    Bill Barber.

5    Q.    Is he an attorney for the University?

6    A.    He is an attorney with Pirkey Barber.

7    Q.    Is the University his client?

8    A.    Yes.

9    Q.    Did the University consider granting Mr. Tesch a

10   sponsorship through IMG?

11   A.    I don't believe that that process was started.

12   Q.    Do you know why that wasn't started?

13         MR. MATTHYSSE:  Objection; calls for

14   speculation.

15   A.    No, I don't.

16   Q.    (By Mr. Jones)  Has the University ever granted a

17   sponsorship to a car wash?

18   A.    I don't know.

19   Q.    I'm going to hand you now what's being marked as

20   Exhibit 8.

21               (Deposition Exhibit No. 8 marked for

22                identification.)

23   A.    (Peruses document.)

24   Q.    Have you ever seen this before?

25   A.    Yes.

EXHIBIT  9

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS, | § | |
| THE UNIVERSITY OF TEXAS | § | |
| SYSTEM, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  1:11-cv-00125-LY |
| | § | |
| TOWER CAR WASH, INC., D/B/A | § | |
| TOWER EXPRESS CAR WASH, | § | |
| ROBERT E. TESCH, and TESCH & | § | |
| ASSOCIATES, INC., | § | |
| Defendants. | § | |

**Proposed Order**

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

An injunction be granted in accordance with the following terms:

1.  Structural changes be made to the tower in accordance with attached

    Exhibit 7.

2. The Tower be painted in a color other than orange or white.

3. Defendants be enjoined from bathing the Tower in light.

4. Defendants modify the colors of their logo to a color other than orange

   or white and remove any graphic representation of a Tower in the logo.

This the_____ day of _____, 2012.


_____

Hon. Lee Yeakel

U.S. District Court Judge